# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Cooleridge Bell Boy
Complainant
Write the full name of each plaintiff.

\_\_\_\_\_CV_____
(Include case number if one has been assigned)

-against-

ADMINSTRATORS; TRACY/EDMAND, FRANCES A. ORTIZ,
CHIEF CLERK : ALIA RAZZAS ; OWNERS of NEW SAVOY
PARK The Attorney Sonic Mailee : SANDE VAZSUEZ License # NO.08208872
NYC Police Enforcers * TOBIAS: SCHATZ Badges # * 25054; # 18547

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

EWARD F. GUIDA AKA MARSHAL, City of New York Badge # 14 of 47-26 104th
Street CORONA

**COMPLAINT**
Amended
Do you want a jury trial?
☐ Yes    ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

## I.  BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐  **Federal Question**

☑  **Diversity of Citizenship**

## A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

*Article III Section 2, Clause 1,*
*the United Nations Rights Indigenous People*
*The Universal Declaration of Human Rights*
*The Treaty of Peace and Friendship;*

## B.  If you checked Diversity of Citizenship

### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _Complainant_____, is a citizen of the State of

(Plaintiff's name)

_New York (STATE)_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_Moorish American (indigenous) National_

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, *NAME'S Appear (Entry)*, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

*ALL Mention IN the (Entry) Aforementioned*

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of *NEW YORK STATE*

and has its principal place of business in the State of *Manhatta (Manhattan)*

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II. PARTIES

## A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

*Cooleridge          Carlton    Bell Boy*

First Name Appellation    Middle Initial    Last Name

*600-61 West 142 Street*

Street Address

*New York, New York [ 10037 ]*

County, City                    State        Zip Code

*WomackB600 @gmail.com*

_____                    _____
Telephone Number                          Email Address (if available)

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

_____
First Name                    Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                  State              Zip Code

Defendant 2:

*ALL NAMES, TITLES, WORK ADDRESS ARE SHOWN*

_____
First Name                    Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                  State              Zip Code

Defendant 3:

_____
First Name                    Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                  State              Zip Code

Defendant 4:

First Name                          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                        State            Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:

Date(s) of occurrence:

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

ALL Info Provided iN Affidavit
AND JuRAT

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Mental Anguish Emotional

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Put The Corporate (Dummy Stock)
IN thee foreign Compacity (Chattel) of
USA Corp. By Obeying The Law of LAND.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

10-17-24

Dated                                              Plaintiff's Signature

First Name              Middle Initial            Last Name

Street Address

County, City                          State                    Zip Code

Telephone Number                      Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes    ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Cooleridge bell bey

Complainant

V.

ADMINISTRATORS aka Judges TRACY FERDINAND; FRANCES A. ORTIZ,

CHIEF CLERK ALIA RAZZAQ

OWNER'S of THE NEW SAVOY PARK /Profolio, LLC their employers MANAGERS ( PATRICIA & MAINTENANCE WORKERS ( who pictures shown or NAMES appear 45 west 139 th STREET zip code 10037.

✱ Their Attorney of the Owners of Abovementioned/Potolio LLC

SAMUEL VAZQUEZ Affirmation of service by Mail license # No. 08208872

NEW YORK POLICE OFFICERS *TOBIAS & SCHATZ Badges#*25054 ;and Partner#18547

EWARD F. GUIDA JR. Aka MARSHAL, CITY OF NEW YORK

Badge # 14 of 47- 26 104 th STREET

CORONA, NY 11368

Phone 718 779-1234. . fax 718 779-8123.

Opening of Introductions

This Affidavit[s] Of Truth; and the numerous findings in this Document of Discovery prove that this (Cooperative)COOPERATION USA an analogous Of many names known to Cause various hardships throughout; and by any means" a violation one lawful principle is liken to all."by destroying an

enslaving the Complainant with an Ideology For Governmental structure Under false pretenses; which imposes Authority; with injustice I cooleridge bell bey Complainant been mistreated in every Defoul /defouler behavior in all act[s] descriptive as iniquitous ;Calculative,corruptive,behavior with

; acts supporting avoidance in contravenes; which contradicts Jurisprudence,The Treaties ; The Constitution For The United States Of America,The Declaration for Human Rights; International Covenant on Civil and Political Rights;Convention on the Prevention and Punishment of the Crime of Genocide

rulings for International and National Law.

In this Claim cooleridge bell bey continues to exercise all known Rights, writs and rites at this time an at all points in time NUNC PROTUNC; The Management for SAVOY APARTMENTS with The UNITED STATES Guise Housing COURT OF NEW YORK as named Above Has commit acts of TREASON,FRAUD;VIOLENCE,CORRUPTION;CONSPIRACY; which Proves Apparent In this particular document of discovery; and Multiple findings in pre; past, and present Affidavits; is absent of being heard in a court of justice;very little acknowledgment from puedo Judge TRACY FERDINAND and The host of others that swore upon their Oaths to uphold . "Ignorantia juris non excusat or ignorantia legs neminem excusat" (Moorish Latin). The recent decision of ( See.)State vs. Miller (June 9, 2017) by the North Carolina State Supreme Court.The Complainant has valuable Proofs in a Plethora forms outlined with witnesses;to these Crimes by Workers From Array Of CORPORATION from This quasi Court; who avoid matters to be heard; with many Notices to the court commanding Specific paper work to ensure a positive just results; ask for Delegation of authority ;status ;Indemnity bonds on all Officials of the Court; which was never produced; all IN FORMA PAUPERIS were signed and kept copies by The Complainant with All Notarize copies; which was accepted by this Court,This In-going Farce continues; way past circus show; with threats from the team of Masqueraders known to most COURT CLERK[s] and their Superiors CHIEF JUDGES Known to most;which are Administers .That too is proven in the body of work down below of this testament of truth.

The NEW SAVOY PARK APARTMENT was and is gained by a WILL Inheritance from My Uncle FRED JOHNSON who's Deceased since ( On and about April 8, would be two years ago) Corporal and Incorporal property which Noble Cooleridge bell bey has a right ;the subject-matter of ownership;the corpus of property "thus ,spoken of a "valuable estate",etc ( there has been a trail of numerous complaints about the maintenance of the apartment complex before after and present day numerous in fractions and I ask prior to this affidavit for overhaul of the Apartment it's so bad that they never come when asked ;so when there's availability for another apartment it's needed . through my own communication with Development Mgrs. for available place or move out ...once again on my floor or any other building I will make the initial transfer of property to Available ; A unit with or without their permission because they don't have any concerns nor rights over the Complainant Nobel Cooleridge Bell Bey will move into up-to-date overhaul apartment and leave keys an information to where I'm located etc mailing information or email to a new building or new apartment, with modern Accoutrements ).this also is it's meaning in the classification of property into "real estate" and "personal estate." See Connertin v. Concannon, 122 Or. 387, 259P.290, 292. Nobel Bell Bey IN PROPRIA PERSONA; Uncles FRED JOHNSON borne ABANDONMENT Ship Freight See 46USCA subsection 185; Ohio Transp.Co v. Davison S.S. Co.,148 F.185, 78 C.C.A.319. which my

Uncle became My Servant / CHATTEL THE FEDERAL and STATE Agency;received a Notice to agency is noticed the principal and noticed the principal is noticed to agency [ies] will be informed ASAP. This whole System displays A corporation ( The NAMES of MINISTERIALES impersonating Judges. ; who by act and engage in Plausible deniability and relevant conduct) . The Support and protection for another COOPERATION .The little brother (The OWNERS of THE NEW SAVOY PARK APARTMENTS pro folio LLC.) is protected by the big brother which both are related. COOPERATIONS; bleed the Americans (PEOPLE )of their Energy and wealth. damn Colonist foreign inhabitant's.

**The Treaties ( Treaty's)**

**The Barbary Treaties 1786-1816**

**Treaty with Morocco June 28 and July 15, 1786**

*The treaty was sealed at Morocco with the seal of the Emperor of Morocco June 23, 1786 (25 Shaban, A. H. 1200), and delivered to Thomas Barclay, American Agent, June 28, 1786 (1 Ramadan, A. H. 1200). Original in Arabic. The additional article was signed and sealed at Morocco on behalf of Morocco July 15, 1786 (18 Ramadan, A. H. 1200). Original in Arabic. The Ship-Signals Agreement was signed at Morocco July 6, 1786 (9 Ramadan, A. H. 1200). Original in English.*

Certified English translations of the treaty and of the additional article were incorporated in a document signed and sealed by the Ministers Plenipotentiary of the United States, Thomas Jefferson at Paris January 1, 1787, and John Adams at London January 25, 1787.

Treaty and additional article ratified by the United States July 18, 1787. As to the ratification generally, see the notes. Treaty and additional article proclaimed July 18, 1787.

Ship-Signals Agreement not specifically included in the ratification and not proclaimed; but copies ordered by Congress July 23, 1787, to be sent to the Executives of the States (Secret Journals of Congress, IV, 869; but see the notes as to this reference).

[Certified Translation of the Treaty and of the Additional Article, with Approval by Jefferson and Adams]

To all Persons to whom these Presents shall come or be made known- Whereas the United States of America in Congress assembled by their Commission bearing date the twelvth day of May One thousand Seven hundred and Eighty four thought proper to constitute John Adams, Benjamin Franklin and Thomas Jefferson their Ministers Plenipotentiary, giving to them or a Majority of them full Powers to confer, treat & negotiate with the Ambassador, Minister or Commissioner of His Majesty the Emperor of Morocco concerning a Treaty of Amity and Commerce, to make & receive propositions for such Treaty and to conclude and sign the same, transmitting it to the United States

in Congress assembled for their final Ratification, And by one other (commission bearing date the Eleventh day of March One thousand Seven hundred & Eighty five did further empower the said Ministers Plenipotentiary or a majority of them, by writing under the* hands and Seals to appoint such Agent in the said Business as they might think proper with Authority under the directions and Instructions of the said Ministers to commence & prosecute the said Negotiations & Conferences for the said Treaty provided that the said Treaty should be signed by the said Ministers: And Whereas, We the said John Adams & Thomas Jefferson two of the said Ministers Plenipotentiary (the said Benjamin Franklin being absent) by writing under the Hand and Seal of the said John Adams at London October the fifth, One thousand Seven hundred and Eighty five, & of the said Thomas Jefferson at Paris October the Eleventh of the same Year, did appoint Thomas Barclay, Agent in the Business aforesaid, giving him the Powers therein, which by the said second Commission we were authorized to give, and the said Thomas Barclay in pursuance thereof, hath arranged Articles for a Treaty of Amity and Commerce between the United States of America and His Majesty the Emperor of Morocco, which Articles written in the Arabic Language, confirmed by His said Majesty the Emperor of Morocco & seal'd with His Royal Seal, being translated into the Language of the said United States of America, together with the Attestations thereto annexed are in the following Words, To Wit.

In the name of Almighty God,

This is a Treaty of Peace and Friendship established between us and the United States of America, which is confirmed, and which we have ordered to be written in this Book and sealed with our Royal Seal at our Court of Morocco on the twenty fifth day of the blessed Month of Shaban, in the Year One thousand two hundred, trusting in God it will remain permanent.

.1.

We declare that both Parties have agreed that this Treaty consisting of twenty five Articles shall be inserted in this Book and delivered to the Honorable Thomas Barclay, the Agent of the United States now at our Court, with whose Approbation it has been made and who is duly authorized on their Part, to treat with us concerning all the Matters contained therein.

.2.

If either of the Parties shall be at War with any Nation whatever, the other Party shall not take a Commission from the Enemy nor fight under their Colors.

.3.

If either of the Parties shall be at War with any Nation whatever and take a Prize belonging to that Nation, and there shall be found on board Subjects or Effects belonging to either of the Parties, the Subjects shall be set at Liberty and the Effects returned to the Owners. And if any Goods belonging to any Nation, with whom either of the Parties shall be at War, shall be loaded on Vessels belonging to the other Party, they shall pass free and unmolested without any attempt being made to take or detain them.

**.4.**

A Signal or Pass shall be given to all Vessels belonging to both Parties, by which they are to be known when they meet at Sea, and if the Commander of a Ship of War of either Party shall have other Ships under his Convoy, the Declaration of the Commander shall alone be sufficient to exempt any of them from examination.

**.5.**

If either of the Parties shall be at War, and shall meet a Vessel at Sea, belonging to the other, it is agreed that if an examination is to be made, it shall be done by sending a Boat with two or three Men only, and if any Gun shall be Bred and injury done without Reason, the offending Party shall make good all damages.

**.6.**

If any Moor shall bring Citizens of the United States or their Effects to His Majesty, the Citizens shall immediately be set at Liberty and the Effects restored, and in like Manner, if any Moor not a Subject of these Dominions shall make Prize of any of the Citizens of America or their Effects and bring them into any of the Ports of His Majesty, they shall be immediately released, as they will then be considered as under His Majesty's Protection.

**.7.**

If any Vessel of either Party shall put into a Port of the other and have occasion for Provisions or other Supplies, they shall be furnished without any interruption or molestation.

If any Vessel of the United States shall meet with a Disaster at Sea and put into one of our Ports to repair, she shall be at Liberty to land and reload her cargo, without paying any Duty whatever.

**.9.**

If any Vessel of the United States shall be cast on Shore on any Part of our Coasts, she shall remain at the disposition of the Owners and no one shall attempt going near her without their Approbation, as she is then considered particularly under our Protection; and if any Vessel of the United States shall be forced to put into our Ports, by Stress of weather or otherwise, she shall not be compelled to land her Cargo, but shall remain in tranquillity untill the Commander shall think proper to proceed on his Voyage.

**.10.**

If any Vessel of either of the Parties shall have an engagement with a Vessel belonging to any of the Christian Powers within gunshot of the Forts of the other, the Vessel so engaged shall be defended and protected as much as possible untill she is in safety; And if any American Vessel shall be cast on shore on the Coast of Wadnoon (1) or any coast thereabout, the People belonging to her shall be protected, and assisted untill by the help of God, they shall be sent to their Country.

**.11.**

If we shall be at War with any Christian Power and any of our Vessels sail from the Ports of the United States, no Vessel belonging to the enemy shall follow untill twenty four hours after the

Departure of our Vessels; and the same Regulation shall be observed towards the American Vessels sailing from our Ports.-be their enemies Moors or Christians.

**.12.**

If any Ship of War belonging to the United States shall put into any of our Ports, she shall not be examined on any Pretence whatever, even though she should have fugitive Slaves on Board, nor shall the Governor or Commander of the Place compel them to be brought on Shore on any pretext, nor require any payment for them.

**.13.**

If a Ship of War of either Party shall put into a Port of the other and salute, it shall be returned from the Fort, with an equal Number of Guns, not with more or less.

**.14.**

The Commerce with the United States shall be on the same footing as is the Commerce with Spain or as that with the most favored Nation for the time being and their Citizens shall be respected and esteemed and have full Liberty to pass and repass our Country and Sea Ports whenever they please without interruption.

**.15.**

Merchants of both Countries shall employ only such interpreters, & such other Persons to assist them in their Business, as they shall think proper. No Commander of a Vessel shall transport his Cargo on board another Vessel, he shall not be detained in Port, longer than he may think proper, and all persons employed in loading or unloading Goods or in any other Labor whatever, shall be paid at the Customary rates, not more and not less.

**.16.**

In case of a War between the Parties, the Prisoners are not to be made Slaves, but to be exchanged one for another, Captain for Captain, Officer for Officer and one private Man for another; and if there shall prove a deficiency on either side, it shall be made up by the payment of one hundred Mexican Dollars for each Person wanting; And it is agreed that all Prisoners shall be exchanged in twelve Months from the Time of their being taken, and that this exchange may be effected by a Merchant or any other Person authorized by either of the Parties.

**.17.**

Merchants shall not be compelled to buy or Sell any kind of Goods but such as they shall think proper; and may buy and sell all sorts of Merchandise but such as are prohibited to the other Christian Nations.

**.18.**

All goods shall be weighed and examined before they are sent on board, and to avoid all detention of Vessels, no examination shall afterwards be made, unless it shall first be proved, that contraband Goods have been sent on board, in which Case the Persons who took the contraband

Goods on board shall be punished according to the Usage and Custom of the Country and no other Person whatever shall be injured, nor shall the Ship or Cargo incur any Penalty or damage whatever.

**.19.**

No vessel shall be detained in Port on any presence whatever, nor be obliged to take on board any Article without the consent of the Commander, who shall be at full Liberty to agree for the Freight of any Goods he takes on board.

**.20.**

If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties and whenever the Consul shall require any Aid or Assistance from our Government to enforce his decisions it shall be immediately granted to him.

**.21.**

If a Citizen of the United States should kill or wound a Moor, or on the contrary if a Moor shall kill or wound a Citizen of the United States, the Law of the Country shall take place and equal Justice shall be rendered, the Consul assisting at the Tryal, and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever.

**.22.**

If an American Citizen shall die in our Country and no Will shall appear, the Consul shall take possession of his Effects, and if there shall be no Consul, the Effects shall be deposited in the hands of some Person worthy of Trust, untill the Party shall appear who has a Right to demand them, but if the Heir to the Person deceased be present, the Property shall be delivered to him without interruption; and if a Will shall appear, the Property shall descend agreeable to that Will, as soon as the Consul shall declare the Validity thereof.

**.23.**

The Consuls of the United States of America shall reside in any Sea Port of our Dominions that they shall think proper; And they shall be respected and enjoy all the Privileges which the Consuls of any other Nation enjoy, and if any of the Citizens of the United States shall contract any Debts or engagements, the Consul shall not be in any Manner accountable for them, unless he shall have given a Promise in writing for the payment or fulfilling thereof, without which promise in Writing no Application to him for any redress shall be made.

**.24.**

If any differences shall arise by either Party infringing on any of the Articles of this Treaty, Peace and Harmony shall remain notwithstanding in the fullest force, untill a friendly Application shall be made for an Arrangement, and untill that Application shall be rejected, no appeal shall be made to Arms. And if a War shall break out between the Parties, Nine Months shall be granted to all the Subjects of both Parties, to dispose of their Effects and retire with their Property. And it is further declared that whatever indulgences in Trade or otherwise shall be granted to any of the Christian Powers, the Citizens of the United States shall be equally entitled to them.

**.25.**

This Treaty shall continue in full Force, with the help of God for Fifty Years.

We have delivered this Book into the Hands of the before-mentioned Thomas Barclay on the first day of the blessed Month of Ramadan, in the Year One thousand two hundred.

I certify that the annex'd is a true Copy of the Translation made by Issac Cardoza Nunez, Interpreter at Morocco, of the treaty between the Emperor of Morocco and the United States of America.

Constitution of the United States - Preamble, Articles & Summary

**The Constitution of the United States of America**

Preamble Annotations

We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquillity, provide for the common defense, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.

Article. I Annotations

Section 1.

All legislative Powers herein granted shall be vested in a Congress of the United States, which shall consist of a Senate and House of Representatives.

Section 2.

The House of Representatives shall be composed of Members chosen every second Year by the People of the several States, and the Electors in each State shall have the Qualifications requisite for Electors of the most numerous Branch of the State Legislature.

No Person shall be a Representative who shall not have attained to the age of twenty five Years, and been seven Years a Citizen of the United States, and who shall not, when elected, be an Inhabitant of that State in which he shall be chosen.

Representatives and direct Taxes shall be apportioned among the several States which may be included within this Union, according to their respective Numbers, which shall be determined by adding to the whole Number of free Persons, including those bound to Service for a Term of Years, and excluding Indians not taxed, three fifths of all other Persons. The actual Enumeration shall be made within three Years after the first Meeting of the Congress of the United States, and within

every subsequent Term of ten Years, in such Manner as they shall by Law direct. The Number of Representatives shall not exceed one for every thirty Thousand, but each State shall have at Least one Representative; and until such enumeration shall be made, the State of New Hampshire shall be entitled to chuse three, Massachusetts eight, Rhode-Island and Providence Plantations one, Connecticut five, New-York six, New Jersey four, Pennsylvania eight, Delaware one, Maryland six, Virginia ten, North Carolina five, South Carolina five, and Georgia three.

When vacancies happen in the Representation from any State, the Executive Authority thereof shall issue Writs of Election to fill such Vacancies.

The House of Representatives shall chuse their Speaker and other Officers; and shall have the sole Power of Impeachment.

Section 3.

The Senate of the United States shall be composed of two Senators from each State, chosen by the Legislature thereof, for six Years; and each Senator shall have one Vote.

Immediately after they shall be assembled in Consequence of the first Election, they shall be divided as equally as may be into three Classes. The Seats of the Senators of the first Class shall be vacated at the Expiration of the second Year, of the second Class at the Expiration of the fourth Year, and of the third Class at the Expiration of the sixth Year, so that one third may be chosen every second Year; and if Vacancies happen by Resignation, or otherwise, during the Recess of the Legislature of any State, the Executive thereof may make temporary Appointments until the next Meeting of the Legislature, which shall then fill such Vacancies.

No Person shall be a Senator who shall not have attained to the Age of thirty Years, and been nine Years a Citizen of the United States, and who shall not, when elected, be an Inhabitant of that State for which he shall be chosen.

The Vice President of the United States shall be President of the Senate but shall have no Vote, unless they be equally divided.

The Senate shall chuse their other Officers, and also a President pro tempore, in the Absence of the Vice President, or when he shall exercise the Office of President of the United States.

The Senate shall have the sole Power to try all Impeachments. When sitting for that Purpose, they shall be on Oath or Affirmation. When the President of the United States is tried the Chief Justice shall preside: And no Person shall be convicted without the Concurrence of two thirds of the Members present.

Judgment in Cases of Impeachment shall not extend further than to removal from Office, and disqualification to hold and enjoy any Office of honor, Trust or Profit under the United States: but the Party convicted shall nevertheless be liable and subject to Indictment, Trial, Judgment and Punishment, according to Law.

Section 4.

The Times, Places and Manner of holding Elections for Senators and Representatives, shall be prescribed in each State by the Legislature thereof; but the Congress may at any time by Law make or alter such Regulations, except as to the Places of chusing Senators.

The Congress shall assemble at least once in every Year, and such Meeting shall be on the first Monday in December, unless they shall by Law appoint a different Day.

Section 5.

Each House shall be the Judge of the Elections, Returns and Qualifications of its own Members, and a Majority of each shall constitute a Quorum to do Business; but a smaller Number may adjourn from day to day, and may be authorized to compel the Attendance of absent Members, in such Manner, and under such Penalties as each House may provide.

Each House may determine the Rules of its Proceedings, punish its Members for disorderly Behaviour, and, with the Concurrence of two thirds, expel a Member.

Each House shall keep a Journal of its Proceedings, and from time to time publish the same, excepting such Parts as may in their Judgment require Secrecy; and the Yeas and Nays of the Members of either House on any question shall, at the Desire of one fifth of those Present, be entered on the Journal.

Neither House, during the Session of Congress, shall, without the Consent of the other, adjourn for more than three days, nor to any other Place than that in which the two Houses shall be sitting.

Section 6.

The Senators and Representatives shall receive a Compensation for their Services, to be ascertained by Law, and paid out of the Treasury of the United States. They shall in all Cases, except Treason, Felony and Breach of the Peace, be privileged from Arrest during their Attendance at the Session of their respective Houses, and in going to and returning from the same; and for any Speech or Debate in either House, they shall not be questioned in any other Place.

No Senator or Representative shall, during the Time for which he was elected, be appointed to any civil Office under the Authority of the United States, which shall have been created, or the Emoluments whereof shall have been encreased during such time; and no Person holding any Office under the United States, shall be a Member of either House during his Continuance in Office.

Section 7.

All Bills for raising Revenue shall originate in the House of Representatives; but the Senate may propose or concur with amendments as on other Bills.

Every Bill which shall have passed the House of Representatives and the Senate, shall, before it become a law, be presented to the President of the United States: If he approve he shall sign it, but if not he shall return it, with his Objections to that House in which it shall have originated, who shall enter the Objections at large on their Journal, and proceed to reconsider it. If after such Reconsideration two thirds of that House shall agree to pass the Bill, it shall be sent, together with the Objections, to the other House, by which it shall likewise be reconsidered, and if approved by two thirds of that House, it shall become a Law. But in all such Cases the Votes of both Houses

shall be determined by Yeas and Nays, and the Names of the Persons voting for and against the Bill shall be entered on the Journal of each House respectively. If any Bill shall not be returned by the President within ten Days (Sundays excepted) after it shall have been presented to him, the Same shall be a Law, in like Manner as if he had signed it, unless the Congress by their Adjournment prevent its Return, in which Case it shall not be a Law

Every Order, Resolution, or Vote to which the Concurrence of the Senate and House of Representatives may be necessary (except on a question of Adjournment) shall be presented to the President of the United States; and before the Same shall take Effect, shall be approved by him, or being disapproved by him, shall be repassed by two thirds of the Senate and House of Representatives, according to the Rules and Limitations prescribed in the Case of a Bill.

Section 8.

The Congress shall have Power To lay and collect Taxes, Duties, Imposts and Excises, to pay the Debts and provide for the common Defence and general Welfare of the United States; but all Duties, Imposts and Excises shall be uniform throughout the United States;

To borrow Money on the credit of the United States;

To regulate Commerce with foreign Nations, and among the several States, and with the Indian Tribes;

To establish an uniform Rule of Naturalization, and uniform Laws on the subject of Bankruptcies throughout the United States;

To coin Money, regulate the Value thereof, and of foreign Coin, and fix the Standard of Weights and Measures;

To provide for the Punishment of counterfeiting the Securities and current Coin of the United States;

To establish Post Offices and post Roads;

To promote the Progress of Science and useful Arts, by securing for limited Times to Authors and Inventors the exclusive Right to their respective Writings and Discoveries;

To constitute Tribunals inferior to the supreme Court;

To define and punish Piracies and Felonies committed on the high Seas, and Offences against the Law of Nations;

To declare War, grant Letters of Marque and Reprisal, and make Rules concerning Captures on Land and Water;

To raise and support Armies, but no Appropriation of Money to that Use shall be for a longer Term than two Years;

To provide and maintain a Navy;

To make Rules for the Government and Regulation of the land and naval Forces;

To provide for calling forth the Militia to execute the Laws of the Union, suppress Insurrections and repeal Invasions;

To provide for organizing, arming, and disciplining, the Militia, and for governing such Part of them as may be employed in the Service of the United States, reserving to the States respectively, the Appointment of the Officers, and the Authority of training the Militia according to the discipline prescribed by Congress;

To exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding ten Miles square) as may, by Cession of Particular States, and the Acceptance of Congress, become the Seat of the Government of the United States, and to exercise like Authority over all Places purchased by the Consent of the Legislature of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals, dock-Yards and other needful Buildings;--And

To make all Laws which shall be necessary and proper for carrying into Execution the foregoing Powers and all other Powers vested by this Constitution in the Government of the United States, or in any Department or Officer thereof.

Section 9.

The Migration or Importation of such Persons as any of the States now existing shall think proper to admit, shall not be prohibited by the Congress prior to the Year one thousand eight hundred and eight, but a Tax or duty may be imposed on such Importation, not exceeding ten dollars for each Person.

The Privilege of the Writ of Habeas Corpus shall not be suspended, unless when in Cases of Rebellion or Invasion the public Safety may require it.

No Bill of Attainder or ex post facto Law shall be passed.

No Capitation, or other direct, Tax shall be laid, unless in Proportion to the Census of Enumeration herein before directed to be taken.

No Tax or Duty shall be laid on Articles exported from any State.

No Preference shall be given by any Regulation of Commerce or Revenue to the Ports of one State over those of another: nor shall Vessels bound to, or from, one State, be obliged to enter, clear or pay Duties in another.

No Money shall be drawn from the Treasury, but in Consequence of Appropriations made by Law; and a regular Statement and Account of the Receipts and Expenditures of all public Money shall be published from time to time.

No Title of Nobility shall be granted by the United States: And no Person holding any Office of Profit or Trust under them, shall, without the Consent of the Congress, accept of any present, Emolument, Office, or Title, of any kind whatever, from any King, Prince or foreign State.

Section 10.

No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in

Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility.

No State shall, without the Consent of the Congress, lay any Imposts or Duties on Imports or Exports, except what may be absolutely necessary for executing it's inspection Laws: and the net Produce of all Duties and Imposts, laid by any State on Imports or Exports, shall be for the Use of the Treasury of the United States; and all such Laws shall be subject to the Revision and Controul of the Congress.

No State shall, without the Consent of Congress, lay any Duty of Tonnage, keep Troops, or Ships of War in time of Peace, enter into any Agreement or Compact with another State, or with a foreign Power, or engage in War, unless actually invaded, or in such imminent Danger as will not admit of delay.

Article. II Annotations

Section 1.

The executive Power shall be vested in a President of the United States of America. He shall hold his Office during the Term of four Years, and, together with the Vice President, chosen for the same Term, be elected, as follows:

Each State shall appoint, in such Manner as the Legislature thereof may direct, a Number of Electors, equal to the whole Number of Senators and Representatives to which the State may be entitled in the Congress: but no Senator or Representative, or Person holding an Office of Trust or Profit under the United States, shall be appointed an Elector.

The Electors shall meet in their respective States, and vote by Ballot for two Persons, of whom one at least shall not be an Inhabitant of the same State with themselves. And they shall make a List of all the Persons voted for, and of the Number of Votes for each; which List they shall sign and certify, and transmit sealed to the Seat of the Government of the United States, directed to the President of the Senate. The President of the Senate shall, in the Presence of the Senate and House of Representatives, open all the Certificates, and the Votes shall then be counted. The Person having the greatest Number of Votes shall be the President, if such Number be a Majority of the whole Number of Electors appointed; and if there be more than one who have such Majority, and have an equal Number of Votes, then the House of Representatives shall immediately chuse by Ballot one of them for President; and if no Person have a Majority, then from the five highest on the List the said House shall in like Manner chuse the President. But in chusing the President, the Votes shall be taken by States, the Representatives from each State having one Vote; a quorum for this Purpose shall consist of a Member or Members from two thirds of the States, and a Majority of all the States shall be necessary to a Choice. In every Case, after the Choice of the President, the Person having the greatest Number of Votes of the Electors shall be the Vice President. But if there should remain two or more who have equal Votes, the Senate shall chuse from them by Ballot the Vice President.

The Congress may determine the Time of chusing the Electors, and the Day on which they shall give their Votes; which Day shall be the same throughout the United States.

No Person except a natural born Citizen, or a Citizen of the United States, at the time of the Adoption of this Constitution, shall be eligible to the Office of President; neither shall any person be eligible to that Office who shall not have attained to the Age of thirty five Years, and been fourteen Years a Resident within the United States.

In Case of the Removal of the President from Office, or of his Death, Resignation, or Inability to discharge the Powers and Duties of the said Office, the Same shall devolve on the Vice President, and the Congress may by Law provide for the Case of Removal, Death, Resignation or Inability, both of the President and Vice President, declaring what Officer shall then act as President, and such Officer shall act accordingly, until the Disability be removed, or a President shall be elected.

The President shall, at stated Times, receive for his Services, a Compensation, which shall neither be encreased nor diminished during the Period for which he shall have been elected, and he shall not receive within that Period any other Emolument from the United States, or any of them.

Before he enter on the Execution of his Office, he shall take the following Oath or Affirmation:--"I do solemnly swear (or affirm) that I will faithfully execute the Office of President of the United States, and will to the best of my Ability, preserve, protect and defend the Constitution of the United States."

Section 2.

The President shall be Commander in Chief of the Army and Navy of the United States, and of the Militia of the several States, when called into the actual Service of the United States; he may require the Opinion, in writing, of the principal Officer in each of the executive Departments, upon any Subject relating to the Duties of their respective Offices, and he shall have Power to Grant Reprieves and Pardons for Offences against the United States, except in Cases of Impeachment.

He shall have Power, by and with the Advice and Consent of the Senate, to make Treaties, provided two thirds of the Senators present concur; and he shall nominate, and by and with the Advice and Consent of the Senate, shall appoint Ambassadors, other public Ministers and Consuls, Judges of the supreme Court, and all other Officers of the United States, whose Appointments are not herein otherwise provided for, and which shall be established by Law: but the Congress may by Law vest the Appointment of such inferior Officers, as they think proper, in the President alone, in the Courts of Law, or in the Heads of Departments.

The President shall have Power to fill up all Vacancies that may happen during the Recess of the Senate, by granting Commissions which shall expire at the End of their next Session.

Section 3.

He shall from time to time give to the Congress Information on the State of the Union, and recommend to their Consideration such Measures as he shall judge necessary and expedient; he may, on extraordinary Occasions, convene both Houses, or either of them, and in Case of Disagreement between them, with Respect to the Time of Adjournment, he may adjourn them to such Time as he shall think proper; he shall receive Ambassadors and other public Ministers; he

shall take Care that the Laws be faithfully executed, and shall Commission all the Officers of the United States.

Section 4.

The President, Vice President and all Civil Officers of the United States, shall be removed from Office on Impeachment for and Conviction of, Treason, Bribery, or other high Crimes and Misdemeanors.


Article. III Annotations


Section 1.

The judicial Power of the United States, shall be vested in one supreme Court, and in such inferior Courts as the Congress may from time to time ordain and establish. The Judges, both of the supreme and inferior Courts, shall hold their Offices during good Behaviour, and shall, at stated Times, receive for their Services, a Compensation, which shall not be diminished during their Continuance in Office.

Section 2.

The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority;--to all Cases affecting Ambassadors, other public ministers and Consuls;--to all Cases of admiralty and maritime Jurisdiction;--to Controversies to which the United States shall be a Party;--to Controversies between two or more States;--between a State and Citizens of another State;--between Citizens of different States;--between Citizens of the same State claiming Lands under Grants of different States, and between a State, or the Citizens thereof, and foreign States, Citizens or Subjects.

In all Cases affecting Ambassadors, other public Ministers and Consuls, and those in which a State shall be Party, the supreme Court shall have original Jurisdiction. In all the other Cases before mentioned, the supreme Court shall have appellate Jurisdiction, both as to Law and Fact, with such Exceptions, and under such Regulations as the Congress shall make.

The Trial of all Crimes, except in Cases of Impeachment, shall be by Jury; and such Trial shall be held in the State where the said Crimes shall have been committed; but when not committed within any State, the Trial shall be at such Place or Places as the Congress may by Law have directed.

Section 3.

Treason against the United States, shall consist only in levying War against them, or in adhering to their Enemies, giving them Aid and Comfort. No Person shall be convicted of Treason unless on the Testimony of two Witnesses to the same overt Act, or on Confession in open Court.

The Congress shall have Power to declare the Punishment of Treason, but no Attainder of Treason shall work Corruption of Blood, or Forfeiture except during the Life of the Person attainted.

Article. IV Annotations

Section 1.

Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State. And the Congress may by general Laws prescribe the Manner in which such Acts, Records and Proceedings shall be proved, and the Effect thereof.

Section 2.

The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States.

A Person charged in any State with Treason, Felony, or other Crime, who shall flee from Justice, and be found in another State, shall on Demand of the executive Authority of the State from which he fled, be delivered up, to be removed to the State having Jurisdiction of the Crime.

No Person held to Service or Labour in one State, under the Laws thereof, escaping into another, shall, in Consequence of any Law or Regulation therein, be discharged from such Service or Labour, but shall be delivered up on Claim of the Party to whom such Service or Labour may be due.

Section 3.

New States may be admitted by the Congress into this Union; but no new State shall be formed or erected within the Jurisdiction of any other State; nor any State be formed by the Junction of two or more States, or Parts of States, without the Consent of the Legislatures of the States concerned as well as of the Congress.

The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States; and nothing in this Constitution shall be so construed as to Prejudice any Claims of the United States, or of any particular State.

Section 4.

The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened) against domestic Violence.

Article. V Annotations

The Congress, whenever two thirds of both Houses shall deem it necessary, shall propose Amendments to this Constitution, or, on the Application of the Legislatures of two thirds of the several States, shall call a Convention for proposing Amendments, which, in either Case, shall be

valid to all Intents and Purposes, as Part of this Constitution, when ratified by the Legislatures of three fourths of the several States, or by Conventions in three fourths thereof, as the one or the other Mode of Ratification may be proposed by the Congress; Provided that no Amendment which may be made prior to the Year One thousand eight hundred and eight shall in any Manner affect the first and fourth Clauses in the Ninth Section of the first Article; and that no State, without its Consent, shall be deprived of its equal Suffrage in the Senate.

Article. VI Annotations

All Debts contracted and Engagements entered into, before the Adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.

This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any state to the Contrary notwithstanding.

The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States.

Article. VII Annotations

The Ratification of the Conventions of nine States, shall be sufficient for the Establishment of this Constitution between the States so ratifying the same.

Nom De GUERRE=Fictitious War Name

•"Capitis Diminutio (meaning the diminishing of status or abridgment of Personality ; a loss or curtailment of a man's status or aggregate of legal attributes and Qualifications."

•"Capitis Diminutio Maxima (meaning a Maxium loss of status through the use of Capitalization ,e.g. HANNAH, WITH THE UNKNOWN LAST NAME or DOE JOHN)The highest or Most Comprehensive loss of status. This occurred when a man's condition was changed from one Of freedom to one of bondage, when he became a slave .It swept away with it all rights of citizenship and all Family Rights." Black's Law Dictionary 4th Edition.

COMMON LAW COURTS

*The judicial power is the power to hear those matters which affect life liberty or property of the citizens of The State." Sapulpa v. Land, 101, Okla. 22,203 PAC 640,35A.L.R.872

" The very meaning of Sovereignty is that the decree of Sovereign makes Law."American Banana Co. v. United Fruit Co, 29 S.Ct. 511,513, 213U.S. 347, 53 L.ED. 826, 19 Ann. Cas 1047." And because it brings into action and enforce this great and glorious principal that the people are sovereign of this country and consequently that fellow citizens are joint sovereigns cannot be degraded by appearing with each other in their own courts to have their controversy determine."Chisholm v. Georgia 2 Dall.440.

Every citizen and freeman is endowed with certain rights and privileges to enjoy which no written law or statute is required these are fundamental or natural rights recognized among all free people."U.S. v. Morris,125 F. 325.

*"The people are sovereign are not bound by a general word in statutes,Restrictive of prerogative rights title or interest unless expressly named.Acts of limitation do not bind the king or the people.The people who have been ceded all rights of the king the former sovereign...." People v. Herkimer 4 Cowen (N.Y.) 345 , 348(1825).

COMMON LAW Conclusion

*"History is clear that the first 10 amendments to the constitution were adapted to secure certain Common Law Rights of the people against invasion by the FEDERAL GOVERNMENT." Bell v. Hood 71 F. Supp; 813,816,(1947) U.S.D.C- So. Dist.CA.

*Colorability-A doctrine invoked when a statute is addressed to a matter outside jurisdiction though it bears the formal trappings of a matter within the jurisdiction of the enacting legislature." P.W. Constitutional Law Of Canada 3d. Ed

*Colorable -Presenting an appearance that does not correspond with reality or an appearance Intended to conceal or deceive. Etherington v. Wilson(1875) 1. Ch. D 160 Barron's Dictionary Of Canada Law sixth (6th) Edition pg 51.

*Color of law-Mere semblance of legal right.An action done under color of law is one done with the apparent authority of law but actually in contravention of Law " Barron'sDictionary of Canada Law sixth(6th)Edition pg51.

EQUITYIn the early history of law The sense of affixed to this world was exceedingly vague and uncertain.This was owing in part to the fact, that Chancellors of those days were either statesman

ecclesiastics,Perhaps not very scrupulous in the exercise of power. It was then asserted that equity was bound by no certain limits or rules and that it was alone controlled by conscience

and natural justice3. Bl. Com.43-3,440,441". Bouviers Law Dictionary1856 Edition

.EQUITY4 The system of law or body of principles originating in the English Court of Chancery and superseding the common and statute Law (Together call law and the narrow sense)When the two conflict <in appealing to the equity Of the court she was appealing to "King's conscience.">Black's Law Dictionary 7th Edition.

ADMIRALTY & CIVIL LAW

"And the forms and modes Of proceeding in cases of EQUITY and of ADMIRALTY and MARITIME jurisdiction shall be according to the civil law." Wayman and another be. Southhard and another ,10 Wall 1,.pg. 317.

COURTS are Est. by Congress

•"The United States DISTRICT COURT... is not a true United States Court are under Constitution Article 3, to administer the Judicial Power of the United States,was created by virtue of the Sovereign Congressional Faculty granted under Article 4, subsection 3 of making all needful rules and regulations respecting the territory belongs to the United States "Balzac v. People of Puerto Rico, 258 U.S. 298.

Members of the BAR Association of England

•Also Go Operating to and from Chancery to North America has no authority to execute any office in the United States on the land jurisdiction they are checked by Treaty and Constitution.

Identity in the law of evidence sameness the fact that a subject a person a thing before the court is the same as it is represented and charge to be Civiliter Murtous.

After the founding fathers had supported the constitution outlining the laws as to the way our government was to be run Thomas Jefferson said in essence "this proves that plain people if given the chance can enact laws and run a government as well as or better than royalty and the blue bloods of Europe."

•The American people must stop thinking that lawyers are better than they are and can do better job than they can before the courts of America.

•Under the Common Law, nowhere is it expressly given for anyone to have the power of the right to form (CORPORATION) corporation! Are given birth because of ignorance on that part of the

American People & are operating under implied consent & power which they have * Usurped *& otherwise stolen from the People.know where is it Expressively given for Anyone to have the power of the right to form corruption corporations are giving birth because of ignorance on the part of The America People .

•By Rights & Law They the Courts and Aforementioned Judges ;have no power authority or no jurisdiction and must be put out of business by the good citizens of America in their fight for Freedom!

All other people are limited to only two branches of government and to only certain offices in those two branches of government making all people who are non-lawyers into second-class subject citizen.(slaves)

•When the courts belong to the people as the United States Constitution requires (Article 4 section 4)we the people will never rule against themselves.

- In These is constitutional Foreign Tribunals Courts "Auction House "men in black dresses that are Unconstitutional Robes of Nobility (article 1 section 9 -10)Dispense a perverted ideology where the people are terrorized by members of the Black Robe Cult( lawyers and lawyer Judges in the quasi- Courts).

Citizens are not permitted to act like people"in the Courts.

- The citizens (second class) is told that he does not know how to fill out fancy lawyers form that he is not trained in law, criminal procedures he does not know court rules etc.

- This is Unconstitutional' lawyer system ',only "hearsay " substitutes (lawyers)not under oath have access to the fiction /for-profit and gain courts even though only sworn testimony and evidence can be presented in court.

- Anything else is Bill of Attainder not permitted under the United States Constitution Article 1 section 9–10.

- The United States Constitution does not give anyone the right to a lawyer or the right to counsel or the right to any other hearsay substitute.

- The sixth amendment is very specific that the accused ONly has the right to the Assistance of Counsel and this Assistance of Counsel can be anyone that accused chooses without limitations.

•The Legislative Branch of Government does not have the Constitutional Power to issue Court Orders or any other kind of orders to the people as a "Fiction Court or a Court /CORPORATION for profit & Gain " Can not reach * parity* with a Lawful Human Being.

•Only President and Governors have the Constitutional Power to grant Pardons but lawyers and Lawyers -Judges are Unconstitutional granting Pardons with immunity from "Prosecution".

It's impossible to prove jurisdiction exists absent A substantial nexus with the stat such as voluntary subscription to license. All Jurisdiction facts supporting claim that suppose jurisdiction exist must appear on the record of the court." Pipe Line v. Marathon. 102 S. Ct. 3858 quoting Crowell v. Benson 883 US 22.

BAR MEMBERS (ATTORNEYS)

•BAR Members have converted a U. S citizen INTO SLAVES

"The privileges and immunities of a citizen of the United States do not necessarily include all rights protected by the 1st–8 Amendments to the federal Constitution against the power of federal government. Maxwell v. Dow 20S.C.R. 448, at pg 455.

•[T] he term " Citizens " in the United States is analogous to the tears " Subject" in Common Law , State v. Manual 20 NC 122,14 C.J.S 4 pg 430.

- The Only absolute & unqualified right of a United State Citizen is residence within the territorial boundaries of the "United States " US v. Valentine 288 F . Supp 957.

•"Therefore the United States citizen residing at one of the states of the union are classified as property and franchisees of the federal government as a individual entity."Wheeling Steel Corp v. Fox,298 U.S. 194, 193, 80 L. Ed.1143,56 S.Ct.773

•"A US citizen upon leaving the District of Columbia became involved in "interstate commerce "as a resident does not have the Common Law right to travel to of a citizen of one of the several states" Hendrick v. Maryland S.C. Reporters Rd. 610-625.

•Can Only represents WARDs Of the Court,INFANTS, PERSON Of UNSOUND MIND ( See CORPUS JURIS SECUNDUM , VOLUME 7, Section 4

•"CERTIFICATE"is Not A "LICENSE " to Law as An OCCUPATION, nor to DO BUSINESS As A LAW FIRM!

•The " STATE BAR " CARD is Not A LICENSE! It is a"UNION DUES CARD."

•BAR Members have infiltrated our courts ,and are now Found in every organization in the country and at the highest levels of government.

-Ex-President Obama is a BAR Member.

-The leader of every major corporation (CORPORATION)is either a board member or they surround themselves with BAR Members.

•BAR Members Have criminally converted citizenships into the opposite of what the founding fathers intended.

•"And while the 14th amendment does not create a National Citizenship it has the effect of making that citizenship "paramount and dominate"instead of "derivative and dependent "upon state citizenship" Colgate v. Harvey,296 U.S . 404 on page 427.

•The amendment (14 ) fourteen reversed an annulled the original policy of the constitution. United States v. Rhodes 27 federal cases 785, 794.

•Their original limitations are enforced in article 1 tribunals [Martial Law].

•Tribunals come from Canon Law & The Vatican

•Tribunals are Military Court

All BAR Members have renounced their U.S. Citizenships as contemplated by the founding fathers).

-Pursuant to the true Article 13 th in Amendment

- Emolument clause clause of the United States Constitution prohibiting both bestowal of American titles of Nobility and the acceptance by public office holders of any gift titles or other benefit from a foreign power U.S. Const. Art1section9, cL. 8.

•"He is however in a sense an Officer of the State with an Obligation to the Court....book 7 Corpus Juris Secundum subsection (4) Attorneys .

•Her/His first duty is the Court & to The public ( not to the Client conflicts with those as an Officer Of the Courts, in the administration of Justice , the former must yield to the latter(same)

He/She has to confide in D.A. Opposition Information which conflicts with Courts .

•" Clients are called Wards of the Court"......Book 7 Corpus Juris Secundum subsection 4 Attorneys.Wards of the court.Infants and person of unsound mind. Davis committee v. loney 290 Ky.644,162 S.W. 2d 189,190. Their rights must be guarded jealously Montgomery v.Ene R. Co, C.C.A.N.J., 97 F.2d 289, 292." Black's Law Dictionary 4 Edition Page 1775

•A Ward of the Court is an imbecile.

•A Ward of the The Court is not Competent.

- Everything is about competent and incompetence!

- That's why they are representing you because you are not competent to make decisions for yourself,. Therefore the attorney is going to make that decision for "you"ie never again This Diabolical plan has rape the Americans and cause much Deceit and blood shed on the land ; which is genocide.

there are NO judicial courts in America and have not been since 1789; Judges do not enforce statues and codes. Executive Administrators Enforce statutes and codes, No judges either (FRC v. GE 281 US 464 Keller v . PE 261 US 428, 1 Stat 138- 178 )

Certificate Of Participation

17 CFR section 240.15c 2-12 Municipal Securities Disclosure

Preliminary Note:

For discussions of disclosures obligations relating to Municipal Securities, issuers , brokers , dealers , and Municipal Securities dealers should refer to Securities Act Release Mo. 7049 Securities Exchange Act ReleaseNo. 33741, FR-42 (March 9,1994) for discussion of the obligation of under- writers to have a reasonable basis for recommending Municipal Securities, brokers , dealers , and Municipal Securities dealer should Referred to Securities Exchange Act released No.26100 (September 22, 1988) and Securities Exchange Act Release No. 26985 June 28, 1989)

(a)General :As a means reasonably designed to prevent Fraudulent deceptive or manipulative acts or practices , it shall be unlawful for any broker , dealer or Municipal Securities dealers ( a" Partiese , underwriter"when used in connection with an Offering to act as an underwriter in a primary offering of Municipal Securities with an aggregate principal amount of $1,000,000 or more ( an " offering unless the Participating underwriter complies with the requirements of this section or is exempted from the provision of this Section.

They are working UCC they called it Bond.

CEDTUI QUE USe = UsuFruct(TRUST)

•Yet still was found difficult to set bounds to Ecclesiastical ingenuity; for when they were driven out of all their former holds , they devised a new method of conveyance , by which the lands were granted not to themselves directly , but to normal Feoffees to the use of the religious houses , thus distinguishing between the possession and the use, and remained in the normal feoffees who was held the Courts Of Equity ( then under the direction of the Clergy to be bound in Conscience to Account to his Cestui que use for the rents and emoluments of the Estate ; and it is to these inventions that our practitioners are indebted for the introduction of use and trust, the Foundation Of modern Conveyancing ." Tomlin's Law Dictionary 1835 Edition, volume 2 under the definition of Martmain.

U.S. Citizen = CESTUI QUE TRUST

- In 1835 the CESTUI QUE TRUST was the foundation of modern conveyancing."

- The CESTUI QUE TRUST is a creation of the Roman Cult

- In 1835 Courts Of Equity were run byThe Roman Cult

- The Roman Cult wanted to make sure they get their rent and emoluments ( extortion- taxes ) for their owned & operated CESTUI QUE TRUST

- When Congress passes "An rAct to establish a code of law for The District Of Columbia."On March 3,1901, at 31 Stat .1189, and it Says; The Legal Estate to be in "CestuiQue "Use "They are essentially that the Roman Cult Owns the United States.


All Statues and Codes are Bills of Attainder

•"Bills of Attainder" Main Legislative Acts no matter what the form, That apply either to the named individuals or to easily ascertainable Member of a group in such a way as to inflict punishment on them without a judicial trial. United States v.Brown, 381 U.S.437,448-449, 85 S. Ct. 1707, 1715, 14L. Ed 484. 492; United States v. Lovett,328 U.S. 303,315,66 S. Ct.1073 , 1079, 90 L. Ed. 1252.

•"Bill of Attainder. 2 ) A special legislative act prescribing punishment, without a trial, for specific person or group.

•Bills of Attainder are prohibited by the United States ConstitutionArticle 1 section 9 clause 3 ;Article 1 section 10 clause 1)-Also termed act Attainder of Bills of pains and penalties.[ Cases : Constitutional law 82.5 C.J.S Constitutional Law section 429-431.] Black's Law Dictionary 8 Th Edition edition page 496.

•Bills of pain and penalties are included within the United States Constitution's ban on bills and attainder you that is that const.Article 1 section 9.[Cases:Constitutional Law 82.5. CJ.S. Const.Law section 429-431.] " Blacks law dictionary 8 Edition edition page 499.


ALL Statues & Codes are Bills of

Attainder


•Bill of Pain and Penalties. [B.O.A.P.P.]


A Legislative Act that , though similar to a Bill of Attainder Prescribe punishment less severe than Capital Punishment.

[BOPAP] are included in the U.S. Constitution 's ban on Bills Of Attainder U.S. Const.1,section 9 [ Cases: Constitutional Law 82.5. C.J.S Constitutional Law section 429-431. Black's Law Dictionary 8th Edition pg 499.


No Delegated Authority

- There is No ! Delegated Authority for a ( CORPORATION)Corporation Called UNITED STATES , or Any Agency, department , Commission board, or other entity's Of such Corporation:" As used I this Notice " UNITED STATES " mean(a) A FEDERAL CORPORATION; (b)An agency department commission board , or other entity of the UNITED STATES: or(c)And instrumentality of the UNITED STATES 28 USC subsection 3002 Definition[ if you sue / Tort Claim)you must fight MaximsOf Law )The Corporation.

American BAR Association was established 1878 after The COUP D'etat

**Adopted and opened for signature, ratification and accession by General Assembly resolution 2200A (XXI) of 16 December 1966**

**entry into force 23 March 1976, in accordance with Article 49**

Preamble

The States Parties to the present Covenant,

Considering that, in accordance with the principles proclaimed in the Charter of the United Nations, recognition of the inherent dignity and of the equal and inalienable rights of all members of the human family is the foundation of freedom, justice and peace in the world,

Recognizing that these rights derive from the inherent dignity of the human person,

Recognizing that, in accordance with the Universal Declaration of Human Rights, the ideal of free human beings enjoying civil and political freedom and freedom from fear and want can only be achieved if conditions are created whereby everyone may enjoy his civil and political rights, as well as his economic, social and cultural rights,

Considering the obligation of States under the Charter of the United Nations to promote universal respect for, and observance of, human rights and freedoms,

Realizing that the individual, having duties to other individuals and to the community to which he belongs, is under a responsibility to strive for the promotion and observance of the rights recognized in the present Covenant,

Agree upon the following articles:

**PART I**

*Article 1*

1. All peoples have the right of self-determination. By virtue of that right they freely determine their political status and freely pursue their economic, social and cultural development.

2. All peoples may, for their own ends, freely dispose of their natural wealth and resources without prejudice to any obligations arising out of international economic co-operation, based upon the principle of mutual benefit, and international law. In no case may a people be deprived of its own means of subsistence.

3. The States Parties to the present Covenant, including those having responsibility for the administration of Non-Self-Governing and Trust Territories, shall promote the realization of the right of self-determination, and shall respect that right, in conformity with the provisions of the Charter of the United Nations.

**PART II**

*Article 2*

1. Each State Party to the present Covenant undertakes to respect and to ensure to all individuals within its territory and subject to its jurisdiction the rights recognized in the present Covenant, without distinction of any kind, such as race, colour, sex, language, religion, political or other opinion, national or social origin, property, birth or other status.

2. Where not already provided for by existing legislative or other measures, each State Party to the present Covenant undertakes to take the necessary steps, in accordance with its constitutional processes and with the provisions of the present Covenant, to adopt such laws or other measures as may be necessary to give effect to the rights recognized in the present Covenant.

3. Each State Party to the present Covenant undertakes:

(a) To ensure that any person whose rights or freedoms as herein recognized are violated shall have an effective remedy, notwithstanding that the violation has been committed by persons acting in an official capacity;

(b) To ensure that any person claiming such a remedy shall have his right thereto determined by competent judicial, administrative or legislative authorities, or by any other competent authority provided for by the legal system of the State, and to develop the possibilities of judicial remedy;

(c) To ensure that the competent authorities shall enforce such remedies when granted.

*Article 3*

The States Parties to the present Covenant undertake to ensure the equal right of men and women to the enjoyment of all civil and political rights set forth in the present Covenant.

*Article 4*

1 . In time of public emergency which threatens the life of the nation and the existence of which is officially proclaimed, the States Parties to the present Covenant may take measures derogating from their obligations under the present Covenant to the extent strictly required by the exigencies of the situation, provided that such measures are not inconsistent with their other obligations under international law and do not involve discrimination solely on the ground of race, colour, sex, language, religion or social origin.

2. No derogation from articles 6, 7, 8 (paragraphs I and 2), 11, 15, 16 and 18 may be made under this provision.

3. Any State Party to the present Covenant availing itself of the right of derogation shall immediately inform the other States Parties to the present Covenant, through the intermediary of the Secretary-General of the United Nations, of the provisions from which it has derogated and of the reasons by which it was derogation. A further communication shall be made, through the same intermediary, on the date on which it terminates such derogation.

### Article 5

1. Nothing in the present Covenant may be interpreted as implying for any State, group or person any right to engage in any activity or perform any act aimed at the destruction of any of the rights and freedoms recognized herein or at their limitation to a greater extent than is provided for in the present Covenant.

2. There shall be no restriction upon or derogation from any of the fundamental human rights recognized or existing in any State Party to the present Covenant pursuant to law, conventions, regulations or custom on the pretext that the present Covenant does not recognize such rights or that it recognizes them to a lesser extent.

**PART III**

### Article 6

1. Every human being has the inherent right to life. This right shall be protected by law. No one shall be arbitrarily deprived of his life.

2. In countries which have not abolished the death penalty, sentence of death may be imposed only for the most serious crimes in accordance with the law in force at the time of the commission of the crime and not contrary to the provisions of the present Covenant and to the Convention on the Prevention and Punishment of the Crime of Genocide. This penalty can only be carried out pursuant to a final judgement rendered by a competent court.

3. When deprivation of life constitutes the crime of genocide, it is understood that nothing in this article shall authorize any State Party to the present Covenant to derogate in any way from any obligation assumed under the provisions of the Convention on the Prevention and Punishment of the Crime of Genocide.

4. Anyone sentenced to death shall have the right to seek pardon or commutation of the sentence. Amnesty, pardon or commutation of the sentence of death may be granted in all cases.

5. Sentence of death shall not be imposed for crimes committed by persons below eighteen years of age and shall not be carried out on pregnant women.

6. Nothing in this article shall be invoked to delay or to prevent the abolition of capital punishment by any State Party to the present Covenant.

### Article 7

No one shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment. In particular, no one shall be subjected without his free consent to medical or scientific experimentation.

**Article 8**

1. No one shall be held in slavery; slavery and the slave-trade in all their forms shall be prohibited.

2. No one shall be held in servitude.

3.

(a) No one shall be required to perform forced or compulsory labour;

(b) Paragraph 3 (a) shall not be held to preclude, in countries where imprisonment with hard labour may be imposed as a punishment for a crime, the performance of hard labour in pursuance of a sentence to such punishment by a competent court;

(c) For the purpose of this paragraph the term "forced or compulsory labour" shall not include:

(i) Any work or service, not referred to in subparagraph (b), normally required of a person who is under detention in consequence of a lawful order of a court, or of a person during conditional release from such detention;

(ii) Any service of a military character and, in countries where conscientious objection is recognized, any national service required by law of conscientious objectors;

(iii) Any service exacted in cases of emergency or calamity threatening the life or well-being of the community;

(iv) Any work or service which forms part of normal civil obligations.

**Article 9**

1. Everyone has the right to liberty and security of person. No one shall be subjected to arbitrary arrest or detention. No one shall be deprived of his liberty except on such grounds and in accordance with such procedure as are established by law.

2. Anyone who is arrested shall be informed, at the time of arrest, of the reasons for his arrest and shall be promptly informed of any charges against him.

3. Anyone arrested or detained on a criminal charge shall be brought promptly before a judge or other officer authorized by law to exercise judicial power and shall be entitled to trial within a reasonable time or to release. It shall not be the general rule that persons awaiting trial shall be detained in custody, but release may be subject to guarantees to appear for trial, at any other stage of the judicial proceedings, and, should occasion arise, for execution of the judgement.

4. Anyone who is deprived of his liberty by arrest or detention shall be entitled to take proceedings before a court, in order that that court may decide without delay on the lawfulness of his detention and order his release if the detention is not lawful.

5. Anyone who has been the victim of unlawful arrest or detention shall have an enforceable right to compensation.

**Article 10**

1. All persons deprived of their liberty shall be treated with humanity and with respect for the inherent dignity of the human person.

2.

(a) Accused persons shall, save in exceptional circumstances, be segregated from convicted persons and shall be subject to separate treatment appropriate to their status as unconvicted persons;

(b) Accused juvenile persons shall be separated from adults and brought as speedily as possible for adjudication.

3. The penitentiary system shall comprise treatment of prisoners the essential aim of which shall be their reformation and social rehabilitation. Juvenile offenders shall be segregated from adults and be accorded treatment appropriate to their age and legal status.

**Article 11**

No one shall be imprisoned merely on the ground of inability to fulfil a contractual obligation.

**Article 12**

1. Everyone lawfully within the territory of a State shall, within that territory, have the right to liberty of movement and freedom to choose his residence.

2. Everyone shall be free to leave any country, including his own.

3. The above-mentioned rights shall not be subject to any restrictions except those which are provided by law, are necessary to protect national security, public order (ordre public), public health or morals or the rights and freedoms of others, and are consistent with the other rights recognized in the present Covenant.

4. No one shall be arbitrarily deprived of the right to enter his own country.

**Article 13**

An alien lawfully in the territory of a State Party to the present Covenant may be expelled therefrom only in pursuance of a decision reached in accordance with law and shall, except where compelling reasons of national security otherwise require, be allowed to submit the reasons against his expulsion and to have his case reviewed by, and be represented for the purpose before, the competent authority or a person or persons especially designated by the competent authority.

**Article 14**

1. All persons shall be equal before the courts and tribunals. In the determination of any criminal charge against him, or of his rights and obligations in a suit at law, everyone shall be entitled to a fair and public hearing by a competent, independent and impartial tribunal established by law. The

press and the public may be excluded from all or part of a trial for reasons of morals, public order (ordre public) or national security in a democratic society, or when the interest of the private lives of the parties so requires, or to the extent strictly necessary in the opinion of the court in special circumstances where publicity would prejudice the interests of justice; but any judgement rendered in a criminal case or in a suit at law shall be made public except where the interest of juvenile persons otherwise requires or the proceedings concern matrimonial disputes or the guardianship of children.

2. Everyone charged with a criminal offence shall have the right to be presumed innocent until proved guilty according to law.

3. In the determination of any criminal charge against him, everyone shall be entitled to the following minimum guarantees, in full equality: (a) To be informed promptly and in detail in a language which he understands of the nature and cause of the charge against him;

(b) To have adequate time and facilities for the preparation of his defence and to communicate with counsel of his own choosing;

(c) To be tried without undue delay;

(d) To be tried in his presence, and to defend himself in person or through legal assistance of his own choosing; to be informed, if he does not have legal assistance, of this right; and to have legal assistance assigned to him, in any case where the interests of justice so require, and without payment by him in any such case if he does not have sufficient means to pay for it;

(e) To examine, or have examined, the witnesses against him and to obtain the attendance and examination of witnesses on his behalf under the same conditions as witnesses against him;

(f) To have the free assistance of an interpreter if he cannot understand or speak the language used in court;

(g) Not to be compelled to testify against himself or to confess guilt.

4. In the case of juvenile persons, the procedure shall be such as will take account of their age and the desirability of promoting their rehabilitation.

5. Everyone convicted of a crime shall have the right to his conviction and sentence being reviewed by a higher tribunal according to law.

6. When a person has by a final decision been convicted of a criminal offence and when subsequently his conviction has been reversed or he has been pardoned on the ground that a new or newly discovered fact shows conclusively that there has been a miscarriage of justice, the person who has suffered punishment as a result of such conviction shall be compensated according to law, unless it is proved that the non-disclosure of the unknown fact in time is wholly or partly attributable to him.

7. No one shall be liable to be tried or punished again for an offence for which he has already been finally convicted or acquitted in accordance with the law and penal procedure of each country.

*Article 15*

1 . No one shall be held guilty of any criminal offence on account of any act or omission which did not constitute a criminal offence, under national or international law, at the time when it was committed. Nor shall a heavier penalty be imposed than the one that was applicable at the time when the criminal offence was committed. If, subsequent to the commission of the offence, provision is made by law for the imposition of the lighter penalty, the offender shall benefit thereby.

2. Nothing in this article shall prejudice the trial and punishment of any person for any act or omission which, at the time when it was committed, was criminal according to the general principles of law recognized by the community of nations.

### Article 16

Everyone shall have the right to recognition everywhere as a person before the law.

### Article 17

1. No one shall be subjected to arbitrary or unlawful interference with his privacy, family, home or correspondence, nor to unlawful attacks on his honour and reputation.

2. Everyone has the right to the protection of the law against such interference or attacks.

### Article 18

1. Everyone shall have the right to freedom of thought, conscience and religion. This right shall include freedom to have or to adopt a religion or belief of his choice, and freedom, either individually or in community with others and in public or private, to manifest his religion or belief in worship, observance, practice and teaching.

2. No one shall be subject to coercion which would impair his freedom to have or to adopt a religion or belief of his choice.

3. Freedom to manifest one's religion or beliefs may be subject only to such limitations as are prescribed by law and are necessary to protect public safety, order, health, or morals or the fundamental rights and freedoms of others.

4. The States Parties to the present Covenant undertake to have respect for the liberty of parents and, when applicable, legal guardians to ensure the religious and moral education of their children in conformity with their own convictions.

### Article 19

1. Everyone shall have the right to hold opinions without interference.

2. Everyone shall have the right to freedom of expression; this right shall include freedom to seek, receive and impart information and ideas of all kinds, regardless of frontiers, either orally, in writing or in print, in the form of art, or through any other media of his choice.

3. The exercise of the rights provided for in paragraph 2 of this article carries with it special duties and responsibilities. It may therefore be subject to certain restrictions, but these shall only be such as are provided by law and are necessary:

(a) For respect of the rights or reputations of others;

(b) For the protection of national security or of public order (ordre public), or of public health or morals.

### Article 20

1. Any propaganda for war shall be prohibited by law.

2. Any advocacy of national, racial or religious hatred that constitutes incitement to discrimination, hostility or violence shall be prohibited by law.

### Article 21

The right of peaceful assembly shall be recognized. No restrictions may be placed on the exercise of this right other than those imposed in conformity with the law and which are necessary in a democratic society in the interests of national security or public safety, public order (ordre public), the protection of public health or morals or the protection of the rights and freedoms of others.

### Article 22

1. Everyone shall have the right to freedom of association with others, including the right to form and join trade unions for the protection of his interests.

2. No restrictions may be placed on the exercise of this right other than those which are prescribed by law and which are necessary in a democratic society in the interests of national security or public safety, public order (ordre public), the protection of public health or morals or the protection of the rights and freedoms of others. This article shall not prevent the imposition of lawful restrictions on members of the armed forces and of the police in their exercise of this right.

3. Nothing in this article shall authorize States Parties to the International Labour Organisation Convention of 1948 concerning Freedom of Association and Protection of the Right to Organize to take legislative measures which would prejudice, or to apply the law in such a manner as to prejudice, the guarantees provided for in that Convention.

### Article 23

1. The family is the natural and fundamental group unit of society and is entitled to protection by society and the State.

2. The right of men and women of marriageable age to marry and to found a family shall be recognized.

3. No marriage shall be entered into without the free and full consent of the intending spouses.

4. States Parties to the present Covenant shall take appropriate steps to ensure equality of rights and responsibilities of spouses as to marriage, during marriage and at its dissolution. In the case of dissolution, provision shall be made for the necessary protection of any children.

### Article 24

1. Every child shall have, without any discrimination as to race, colour, sex, language, religion, national or social origin, property or birth, the right to such measures of protection as are required by his status as a minor, on the part of his family, society and the State.

2. Every child shall be registered immediately after birth and shall have a name.

3. Every child has the right to acquire a nationality.

### Article 25

Every citizen shall have the right and the opportunity, without any of the distinctions mentioned in article 2 and without unreasonable restrictions:

(a) To take part in the conduct of public affairs, directly or through freely chosen representatives;

(b) To vote and to be elected at genuine periodic elections which shall be by universal and equal suffrage and shall be held by secret ballot, guaranteeing the free expression of the will of the electors;

(c) To have access, on general terms of equality, to public service in his country.

### Article 26

All persons are equal before the law and are entitled without any discrimination to the equal protection of the law. In this respect, the law shall prohibit any discrimination and guarantee to all persons equal and effective protection against discrimination on any ground such as race, colour, sex, language, religion, political or other opinion, national or social origin, property, birth or other status.

### Article 27

In those States in which ethnic, religious or linguistic minorities exist, persons belonging to such minorities shall not be denied the right, in community with the other members of their group, to enjoy their own culture, to profess and practise their own religion, or to use their own language.

**PART IV**

### Article 28

1. There shall be established a Human Rights Committee (hereafter referred to in the present Covenant as the Committee). It shall consist of eighteen members and shall carry out the functions hereinafter provided.

2. The Committee shall be composed of nationals of the States Parties to the present Covenant who shall be persons of high moral character and recognized competence in the field of human rights, consideration being given to the usefulness of the participation of some persons having legal experience.

3. The members of the Committee shall be elected and shall serve in their personal capacity.

### Article 29

1. The members of the Committee shall be elected by secret ballot from a list of persons possessing the qualifications prescribed in article 28 and nominated for the purpose by the States Parties to the present Covenant.

2. Each State Party to the present Covenant may nominate not more than two persons. These persons shall be nationals of the nominating State.

3. A person shall be eligible for renomination.

### Article 30

1. The initial election shall be held no later than six months after the date of the entry into force of the present Covenant.

2. At least four months before the date of each election to the Committee, other than an election to fill a vacancy declared in accordance with article 34, the Secretary-General of the United Nations shall address a written invitation to the States Parties to the present Covenant to submit their nominations for membership of the Committee within three months.

3. The Secretary-General of the United Nations shall prepare a list in alphabetical order of all the persons thus nominated, with an indication of the States Parties which have nominated them, and shall submit it to the States Parties to the present Covenant no later than one month before the date of each election.

4. Elections of the members of the Committee shall be held at a meeting of the States Parties to the present Covenant convened by the Secretary General of the United Nations at the Headquarters of the United Nations. At that meeting, for which two thirds of the States Parties to the present Covenant shall constitute a quorum, the persons elected to the Committee shall be those nominees who obtain the largest number of votes and an absolute majority of the votes of the representatives of States Parties present and voting.

### Article 31

1. The Committee may not include more than one national of the same State.

2. In the election of the Committee, consideration shall be given to equitable geographical distribution of membership and to the representation of the different forms of civilization and of the principal legal systems.

### Article 32

1. The members of the Committee shall be elected for a term of four years. They shall be eligible for re-election if renominated. However, the terms of nine of the members elected at the first election shall expire at the end of two years; immediately after the first election, the names of these nine members shall be chosen by lot by the Chairman of the meeting referred to in article 30, paragraph 4.

2. Elections at the expiry of office shall be held in accordance with the preceding articles of this part of the present Covenant.

### Article 33

1. If, in the unanimous opinion of the other members, a member of the Committee has ceased to carry out his functions for any cause other than absence of a temporary character, the Chairman of the Committee shall notify the Secretary-General of the United Nations, who shall then declare the seat of that member to be vacant.

2. In the event of the death or the resignation of a member of the Committee, the Chairman shall immediately notify the Secretary-General of the United Nations, who shall declare the seat vacant from the date of death or the date on which the resignation takes effect.

### Article 34

1. When a vacancy is declared in accordance with article 33 and if the term of office of the member to be replaced does not expire within six months of the declaration of the vacancy, the Secretary-General of the United Nations shall notify each of the States Parties to the present Covenant, which may within two months submit nominations in accordance with article 29 for the purpose of filling the vacancy.

2. The Secretary-General of the United Nations shall prepare a list in alphabetical order of the persons thus nominated and shall submit it to the States Parties to the present Covenant. The election to fill the vacancy shall then take place in accordance with the relevant provisions of this part of the present Covenant.

3. A member of the Committee elected to fill a vacancy declared in accordance with article 33 shall hold office for the remainder of the term of the member who vacated the seat on the Committee under the provisions of that article.

### Article 35

The members of the Committee shall, with the approval of the General Assembly of the United Nations, receive emoluments from United Nations resources on such terms and conditions as the General Assembly may decide, having regard to the importance of the Committee's responsibilities.

### Article 36

The Secretary-General of the United Nations shall provide the necessary staff and facilities for the effective performance of the functions of the Committee under the present Covenant.

### Article 37

1. The Secretary-General of the United Nations shall convene the initial meeting of the Committee at the Headquarters of the United Nations.

2. After its initial meeting, the Committee shall meet at such times as shall be provided in its rules of procedure.

3. The Committee shall normally meet at the Headquarters of the United Nations or at the United Nations Office at Geneva.

### Article 38

Every member of the Committee shall, before taking up his duties, make a solemn declaration in open committee that he will perform his functions impartially and conscientiously.

### Article 39

1. The Committee shall elect its officers for a term of two years. They may be re-elected.

2. The Committee shall establish its own rules of procedure, but these rules shall provide, inter alia, that:

(a) Twelve members shall constitute a quorum;

(b) Decisions of the Committee shall be made by a majority vote of the members present.

### Article 40

1. The States Parties to the present Covenant undertake to submit reports on the measures they have adopted which give effect to the rights recognized herein and on the progress made in the enjoyment of those rights: (a) Within one year of the entry into force of the present Covenant for the States Parties concerned;

(b) Thereafter whenever the Committee so requests.

2. All reports shall be submitted to the Secretary-General of the United Nations, who shall transmit them to the Committee for consideration. Reports shall indicate the factors and difficulties, if any, affecting the implementation of the present Covenant.

3. The Secretary-General of the United Nations may, after consultation with the Committee, transmit to the specialized agencies concerned copies of such parts of the reports as may fall within their field of competence.

4. The Committee shall study the reports submitted by the States Parties to the present Covenant. It shall transmit its reports, and such general comments as it may consider appropriate, to the States Parties. The Committee may also transmit to the Economic and Social Council these comments along with the copies of the reports it has received from States Parties to the present Covenant.

5. The States Parties to the present Covenant may submit to the Committee observations on any comments that may be made in accordance with paragraph 4 of this article.

### Article 41

1. A State Party to the present Covenant may at any time declare under this article that it recognizes the competence of the Committee to receive and consider communications to the effect that a State Party claims that another State Party is not fulfilling its obligations under the present Covenant. Communications under this article may be received and considered only if submitted by a State Party which has made a declaration recognizing in regard to itself the competence of the Committee. No communication shall be received by the Committee if it concerns a State Party which has not made such a declaration. Communications received under this article shall be dealt with in accordance with the following procedure:

(a) If a State Party to the present Covenant considers that another State Party is not giving effect to the provisions of the present Covenant, it may, by written communication, bring the matter to the attention of that State Party. Within three months after the receipt of the communication the receiving State shall afford the State which sent the communication an explanation, or any other statement in writing clarifying the matter which should include, to the extent possible and pertinent, reference to domestic procedures and remedies taken, pending, or available in the matter;

(b) If the matter is not adjusted to the satisfaction of both States Parties concerned within six months after the receipt by the receiving State of the initial communication, either State shall have the right to refer the matter to the Committee, by notice given to the Committee and to the other State;

(c) The Committee shall deal with a matter referred to it only after it has ascertained that all available domestic remedies have been invoked and exhausted in the matter, in conformity with the generally recognized principles of international law. This shall not be the rule where the application of the remedies is unreasonably prolonged;

(d) The Committee shall hold closed meetings when examining communications under this article;

(e) Subject to the provisions of subparagraph (c), the Committee shall make available its good offices to the States Parties concerned with a view to a friendly solution of the matter on the basis of respect for human rights and fundamental freedoms as recognized in the present Covenant;

(f) In any matter referred to it, the Committee may call upon the States Parties concerned, referred to in subparagraph (b), to supply any relevant information;

(g) The States Parties concerned, referred to in subparagraph (b), shall have the right to be represented when the matter is being considered in the Committee and to make submissions orally and/or in writing;

(h) The Committee shall, within twelve months after the date of receipt of notice under subparagraph (b), submit a report:

(i) If a solution within the terms of subparagraph (e) is reached, the Committee shall confine its report to a brief statement of the facts and of the solution reached;

(ii) If a solution within the terms of subparagraph (e) is not reached, the Committee shall confine its report to a brief statement of the facts; the written submissions and record of the oral submissions made by the States Parties concerned shall be attached to the report. In every matter, the report shall be communicated to the States Parties concerned.

2. The provisions of this article shall come into force when ten States Parties to the present Covenant have made declarations under paragraph I of this article. Such declarations shall be deposited by the States Parties with the Secretary-General of the United Nations, who shall transmit copies thereof to the other States Parties. A declaration may be withdrawn at any time by notification to the Secretary-General. Such a withdrawal shall not prejudice the consideration of any matter which is the subject of a communication already transmitted under this article; no further communication by any State Party shall be received after the notification of withdrawal of

the declaration has been received by the Secretary-General, unless the State Party concerned has made a new declaration.

### Article 42

1.

(a) If a matter referred to the Committee in accordance with article 41 is not resolved to the satisfaction of the States Parties concerned, the Committee may, with the prior consent of the States Parties concerned, appoint an ad hoc Conciliation Commission (hereinafter referred to as the Commission). The good offices of the Commission shall be made available to the States Parties concerned with a view to an amicable solution of the matter on the basis of respect for the present Covenant;

(b) The Commission shall consist of five persons acceptable to the States Parties concerned. If the States Parties concerned fail to reach agreement within three months on all or part of the composition of the Commission, the members of the Commission concerning whom no agreement has been reached shall be elected by secret ballot by a two-thirds majority vote of the Committee from among its members.

2. The members of the Commission shall serve in their personal capacity. They shall not be nationals of the States Parties concerned, or of a State not Party to the present Covenant, or of a State Party which has not made a declaration under article 41.

3. The Commission shall elect its own Chairman and adopt its own rules of procedure.

4. The meetings of the Commission shall normally be held at the Headquarters of the United Nations or at the United Nations Office at Geneva. However, they may be held at such other convenient places as the Commission may determine in consultation with the Secretary-General of the United Nations and the States Parties concerned.

5. The secretariat provided in accordance with article 36 shall also service the commissions appointed under this article.

6. The information received and collated by the Committee shall be made available to the Commission and the Commission may call upon the States Parties concerned to supply any other relevant information.

7. When the Commission has fully considered the matter, but in any event not later than twelve months after having been seized of the matter, it shall submit to the Chairman of the Committee a report for communication to the States Parties concerned:

(a) If the Commission is unable to complete its consideration of the matter within twelve months, it shall confine its report to a brief statement of the status of its consideration of the matter;

(b) If an amicable solution to the matter on tie basis of respect for human rights as recognized in the present Covenant is reached, the Commission shall confine its report to a brief statement of the facts and of the solution reached;

(c) If a solution within the terms of subparagraph (b) is not reached, the Commission's report shall embody its findings on all questions of fact relevant to the issues between the States Parties concerned, and its views on the possibilities of an amicable solution of the matter. This report shall also contain the written submissions and a record of the oral submissions made by the States Parties concerned;

(d) If the Commission's report is submitted under subparagraph (c), the States Parties concerned shall, within three months of the receipt of the report, notify the Chairman of the Committee whether or not they accept the contents of the report of the Commission.

8. The provisions of this article are without prejudice to the responsibilities of the Committee under article 41.

9. The States Parties concerned shall share equally all the expenses of the members of the Commission in accordance with estimates to be provided by the Secretary-General of the United Nations.

10. The Secretary-General of the United Nations shall be empowered to pay the expenses of the members of the Commission, if necessary, before reimbursement by the States Parties concerned, in accordance with paragraph 9 of this article.

### Article 43

The members of the Committee, and of the ad hoc conciliation commissions which may be appointed under article 42, shall be entitled to the facilities, privileges and immunities of experts on mission for the United Nations as laid down in the relevant sections of the Convention on the Privileges and Immunities of the United Nations.

### Article 44

The provisions for the implementation of the present Covenant shall apply without prejudice to the procedures prescribed in the field of human rights by or under the constituent instruments and the conventions of the United Nations and of the specialized agencies and shall not prevent the States Parties to the present Covenant from having recourse to other procedures for settling a dispute in accordance with general or special international agreements in force between them.

### Article 45

The Committee shall submit to the General Assembly of the United Nations, through the Economic and Social Council, an annual report on its activities.

### PART V

### Article 46

Nothing in the present Covenant shall be interpreted as impairing the provisions of the Charter of the United Nations and of the constitutions of the specialized agencies which define the respective responsibilities of the various organs of the United Nations and of the specialized agencies in regard to the matters dealt with in the present Covenant.

### Article 47

Nothing in the present Covenant shall be interpreted as impairing the inherent right of all peoples to enjoy and utilize fully and freely their natural wealth and resources.

**PART VI**

***Article 48***

1. The present Covenant is open for signature by any State Member of the United Nations or member of any of its specialized agencies, by any State Party to the Statute of the International Court of Justice, and by any other State which has been invited by the General Assembly of the United Nations to become a Party to the present Covenant.

2. The present Covenant is subject to ratification. Instruments of ratification shall be deposited with the Secretary-General of the United Nations.

3. The present Covenant shall be open to accession by any State referred to in paragraph 1 of this article.

4. Accession shall be effected by the deposit of an instrument of accession with the Secretary-General of the United Nations.

5. The Secretary-General of the United Nations shall inform all States which have signed this Covenant or acceded to it of the deposit of each instrument of ratification or accession.

***Article 49***

1. The present Covenant shall enter into force three months after the date of the deposit with the Secretary-General of the United Nations of the thirty-fifth instrument of ratification or instrument of accession.

2. For each State ratifying the present Covenant or acceding to it after the deposit of the thirty-fifth instrument of ratification or instrument of accession, the present Covenant shall enter into force three months after the date of the deposit of its own instrument of ratification or instrument of accession.

***Article 50***

The provisions of the present Covenant shall extend to all parts of federal States without any limitations or exceptions.

***Article 51***

1. Any State Party to the present Covenant may propose an amendment and file it with the Secretary-General of the United Nations. The Secretary-General of the United Nations shall thereupon communicate any proposed amendments to the States Parties to the present Covenant with a request that they notify him whether they favour a conference of States Parties for the purpose of considering and voting upon the proposals. In the event that at least one third of the States Parties favours such a conference, the Secretary-General shall convene the conference under the auspices of the United Nations. Any amendment adopted by a majority of the States Parties present and voting at the conference shall be submitted to the General Assembly of the United Nations for approval.

2. Amendments shall come into force when they have been approved by the General Assembly of the United Nations and accepted by a two-thirds majority of the States Parties to the present Covenant in accordance with their respective constitutional processes. 3. When amendments come into force, they shall be binding on those States Parties which have accepted them, other States Parties still being bound by the provisions of the present Covenant and any earlier amendment which they have accepted.

### Article 52

1. Irrespective of the notifications made under article 48, paragraph 5, the Secretary-General of the United Nations shall inform all States referred to in paragraph I of the same article of the following particulars:

(a) Signatures, ratifications and accessions under article 48;

(b) The date of the entry into force of the present Covenant under article 49 and the date of the entry into force of any amendments under article 51.

### Article 53

1. The present Covenant, of which the Chinese, English, French, Russian and Spanish texts are equally authentic, shall be deposited in the archives of the United Nations.

2. The Secretary-General of the United Nations shall transmit certified copies of the present Covenant to all States referred to in article 48., which was 7yrs. Prior/ before/earlier

•After They the Colonist (De facto) facilitate the disappearance of the TRUE Article (13) for the Amendment; with 20 sections BAR Members Are Not American Republic Nationals


**Preamble**

Whereas recognition of the inherent dignity and of the equal and inalienable rights of all members of the human family is the foundation of freedom, justice and peace in the world,

Whereas disregard and contempt for human rights have resulted in barbarous acts which have outraged the conscience of mankind, and the advent of a world in which human beings shall enjoy freedom of speech and belief and freedom from fear and want has been proclaimed as the highest aspiration of the common people,

Whereas it is essential, if man is not to be compelled to have recourse, as a last resort, to rebellion against tyranny and oppression, that human rights should be protected by the rule of law,

Whereas it is essential to promote the development of friendly relations between nations,

Whereas the peoples of the United Nations have in the Charter reaffirmed their faith in fundamental human rights, in the dignity and worth of the human person and in the equal rights of men and women and have determined to promote social progress and better standards of life in larger freedom,

Whereas Member States have pledged themselves to achieve, in co-operation with the United Nations, the promotion of universal respect for and observance of human rights and fundamental freedoms,

Whereas a common understanding of these rights and freedoms is of the greatest importance for the full realization of this pledge,

Now, Therefore THE GENERAL ASSEMBLY proclaims THIS UNIVERSAL DECLARATION OF HUMAN RIGHTS as a common standard of achievement for all peoples and all nations, to the end that every individual and every organ of society, keeping this Declaration constantly in mind, shall strive by teaching and education to promote respect for these rights and freedoms and by progressive measures, national and international, to secure their universal and effective recognition and observance, both among the peoples of Member States themselves and among the peoples of territories under their jurisdiction.

**Article 1.**

All human beings are born free and equal in dignity and rights. They are endowed with reason and conscience and should act towards one another in a spirit of brotherhood.

**Article 2.**

Everyone is entitled to all the rights and freedoms set forth in this Declaration, without distinction of any kind, such as race, colour, sex, language, religion, political or other opinion, national or social origin, property, birth or other status. Furthermore, no distinction shall be made on the basis of the political, jurisdictional or international status of the country or territory to which a person belongs, whether it be independent, trust, non-self-governing or under any other limitation of sovereignty.

**Article 3.**

Everyone has the right to life, liberty and security of person.

**Article 4.**

No one shall be held in slavery or servitude; slavery and the slave trade shall be prohibited in all their forms.

**Article 5.**

No one shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment.

**Article 6.**

Everyone has the right to recognition everywhere as a person before the law.

**Article 7.**

All are equal before the law and are entitled without any discrimination to equal protection of the law. All are entitled to equal protection against any discrimination in violation of this Declaration and against any incitement to such discrimination.

**Article 8.**

Everyone has the right to an effective remedy by the competent national tribunals for acts violating the fundamental rights granted him by the constitution or by law.

**Article 9.**

No one shall be subjected to arbitrary arrest, detention or exile.

**Article 10.**

Everyone is entitled in full equality to a fair and public hearing by an independent and impartial tribunal, in the determination of his rights and obligations and of any criminal charge against him.

**Article 11.**

(1) Everyone charged with a penal offence has the right to be presumed innocent until proved guilty according to law in a public trial at which he has had all the guarantees necessary for his defence.

(2) No one shall be held guilty of any penal offence on account of any act or omission which did not constitute a penal offence, under national or international law, at the time when it was committed. Nor shall a heavier penalty be imposed than the one that was applicable at the time the penal offence was committed.

**Article 12.**

No one shall be subjected to arbitrary interference with his privacy, family, home or correspondence, nor to attacks upon his honour and reputation. Everyone has the right to the protection of the law against such interference or attacks.

**Article 13.**

(1) Everyone has the right to freedom of movement and residence within the borders of each state.

(2) Everyone has the right to leave any country, including his own, and to return to his country.

**Article 14.**

(1) Everyone has the right to seek and to enjoy in other countries asylum from persecution.

(2) This right may not be invoked in the case of prosecutions genuinely arising from non-political crimes or from acts contrary to the purposes and principles of the United Nations.

**Article 15.**

(1) Everyone has the right to a nationality.

(2) No one shall be arbitrarily deprived of his nationality nor denied the right to change his nationality.

**Article 16.**

(1) Men and women of full age, without any limitation due to race, nationality or religion, have the right to marry and to found a family. They are entitled to equal rights as to marriage, during marriage and at its dissolution.

(2) Marriage shall be entered into only with the free and full consent of the intending spouses.

(3) The family is the natural and fundamental group unit of society and is entitled to protection by society and the State.

**Article 17.**

(1) Everyone has the right to own property alone as well as in association with others.

(2) No one shall be arbitrarily deprived of his property.

**Article 18.**

Everyone has the right to freedom of thought, conscience and religion; this right includes freedom to change his religion or belief, and freedom, either alone or in community with others and in public or private, to manifest his religion or belief in teaching, practice, worship and observance.

**Article 19.**

Everyone has the right to freedom of opinion and expression; this right includes freedom to hold opinions without interference and to seek, receive and impart information and ideas through any media and regardless of frontiers.

**Article 20.**

(1) Everyone has the right to freedom of peaceful assembly and association.

(2) No one may be compelled to belong to an association.

**Article 21.**

(1) Everyone has the right to take part in the government of his country, directly or through freely chosen representatives.

(2) Everyone has the right of equal access to public service in his country.

(3) The will of the people shall be the basis of the authority of government; this will shall be expressed in periodic and genuine elections which shall be by universal and equal suffrage and shall be held by secret vote or by equivalent free voting procedures.

**Article 22.**

Everyone, as a member of society, has the right to social security and is entitled to realization, through national effort and international co-operation and in accordance with the organization and resources of each State, of the economic, social and cultural rights indispensable for his dignity and the free development of his personality.

**Article 23.**

(1) Everyone has the right to work, to free choice of employment, to just and favourable conditions of work and to protection against unemployment.

(2) Everyone, without any discrimination, has the right to equal pay for equal work.

(3) Everyone who works has the right to just and favourable remuneration ensuring for himself and his family an existence worthy of human dignity, and supplemented, if necessary, by other means of social protection.

(4) Everyone has the right to form and to join trade unions for the protection of his interests.

**Article 24.**

Everyone has the right to rest and leisure, including reasonable limitation of working hours and periodic holidays with pay.

**Article 25.**

(1) Everyone has the right to a standard of living adequate for the health and well-being of himself and of his family, including food, clothing, housing and medical care and necessary social services, and the right to security in the event of unemployment, sickness, disability, widowhood, old age or other lack of livelihood in circumstances beyond his control.

(2) Motherhood and childhood are entitled to special care and assistance. All children, whether born in or out of wedlock, shall enjoy the same social protection.

**Article 26.**

(1) Everyone has the right to education. Education shall be free, at least in the elementary and fundamental stages. Elementary education shall be compulsory. Technical and professional education shall be made generally available and higher education shall be equally accessible to all on the basis of merit.

(2) Education shall be directed to the full development of the human personality and to the strengthening of respect for human rights and fundamental freedoms. It shall promote understanding, tolerance and friendship among all nations, racial or religious groups, and shall further the activities of the United Nations for the maintenance of peace.

(3) Parents have a prior right to choose the kind of education that shall be given to their children.

**Article 27.**

(1) Everyone has the right freely to participate in the cultural life of the community, to enjoy the arts and to share in scientific advancement and its benefits.

(2) Everyone has the right to the protection of the moral and material interests resulting from any scientific, literary or artistic production of which he is the author.

**Article 28.**

Everyone is entitled to a social and international order in which the rights and freedoms set forth in this Declaration can be fully realized.

**Article 29.**

(1) Everyone has duties to the community in which alone the free and full development of his personality is possible.

(2) In the exercise of his rights and freedoms, everyone shall be subject only to such limitations as are determined by law solely for the purpose of securing due recognition and respect for the rights and freedoms of others and of meeting the just requirements of morality, public order and the general welfare in a democratic society.

(3) These rights and freedoms may in no case be exercised contrary to the purposes and principles of the United Nations.

**Article 30.**

The practice of law cannot be licensed by any state/State Schware v. Board of Examiners ,353.

"The practice of law is an occupation of common right." Sims v. Aherns 71S.W 720(1925).

**Convention on the**

**Prevention and Punishment**

**of the Crime of Genocide**

*Adopted by Resolution 260 (III) A of the United Nations General Assembly on 9 December 1948.*

**Article 1**

The Contracting Parties confirm that genocide, whether committed in time of peace or in time of war, is a crime under international law which they undertake to prevent and to punish.

**Article 2**

In the present Convention, genocide means any of the following acts committed with intent to destroy, in whole or in part, a national, ethnical, racial or religious group, as such:

- (a) Killing members of the group;
- (b) Causing serious bodily or mental harm to members of the group;

- (c) Deliberately inflicting on the group conditions of life calculated to bring about its physical destruction in whole or in part;

- (d) Imposing measures intended to prevent births within the group;

- (e) Forcibly transferring children of the group to another group.

**Article 3**

The following acts shall be punishable:


- (a) Genocide;

- (b) Conspiracy to commit genocide;

- (c) Direct and public incitement to commit genocide;

- (d) Attempt to commit genocide;

- (e) Complicity in genocide.

**Article 4**

Persons committing genocide or any of the other acts enumerated in Article 3 shall be punished, whether they are constitutionally responsible rulers, public officials or private individuals.


**Article 5**

The Contracting Parties undertake to enact, in accordance with their respective Constitutions, the necessary legislation to give effect to the provisions of the present Convention and, in particular, to provide effective penalties for persons guilty of genocide or any of the other acts enumerated in Article 3.


**Article 6**

Persons charged with genocide or any of the other acts enumerated in Article 3 shall be tried by a competent tribunal of the State in the territory of which the act was committed, or by such international penal tribunal as may have jurisdiction with respect to those Contracting Parties which shall have accepted its jurisdiction.


**Article 7**

Genocide and the other acts enumerated in Article 3 shall not be considered as political crimes for the purpose of extradition.

The Contracting Parties pledge themselves in such cases to grant extradition in accordance with their laws and treaties in force.

**Article 8**

Any Contracting Party may call upon the competent organs of the United Nations to take such action under the Charter of the United Nations as they consider appropriate for the prevention and suppression of acts of genocide or any of the other acts enumerated in Article 3.

**Article 9**

Disputes between the Contracting Parties relating to the interpretation, application or fulfilment of the present Convention, including those relating to the responsibility of a State for genocide or any of the other acts enumerated in Article 3, shall be submitted to the International Court of Justice at the request of any of the parties to the dispute.

**Article 10**

The present Convention, of which the Chinese, English, French, Russian and Spanish texts are equally authentic, shall bear the date of 9 December 1948.

**Article 11**

The present Convention shall be open until 31 December 1949 for signature on behalf of any Member of the United Nations and of any non-member State to which an invitation to sign has been addressed by the General Assembly.

The present Convention shall be ratified, and the instruments of ratification shall be deposited with the Secretary-General of the United Nations.

After 1 January 1950, the present Convention may be acceded to on behalf of any Member of the United Nations and of any non-member State which has received an invitation as aforesaid.

Instruments of accession shall be deposited with the Secretary-General of the United Nations.

**Article 12**

Any Contracting Party may at any time, by notification addressed to the Secretary-General of the United Nations, extend the application of the present Convention to all or any of the territories for the conduct of whose foreign relations that Contracting Party is responsible.

**Article 13**

On the day when the first twenty instruments of ratification or accession have been deposited, the Secretary-General shall draw up a proces-verbal and transmit a copy of it to each Member of the United Nations and to each of the non-member States contemplated in Article 11.

The present Convention shall come into force on the ninetieth day following the date of deposit of the twentieth instrument of ratification or accession.

Any ratification or accession effected subsequent to the latter date shall become effective on the ninetieth day following the deposit of the instrument of ratification or accession.

**Article 14**

The present Convention shall remain in effect for a period of ten years as from the date of its coming into force.

It shall thereafter remain in force for successive periods of five years for such Contracting Parties as have not denounced it at least six months before the expiration of the current period.

Denunciation shall be effected by a written notification addressed to the Secretary-General of the United Nations.

**Article 15**

If, as a result of denunciations, the number of Parties to the present Convention should become less than sixteen, the Convention shall cease to be in force as from the date on which the last of these denunciations shall become effective.

**Article 16**

A request for the revision of the present Convention may be made at any time by any Contracting Party by means of a notification in writing addressed to the Secretary-General.

The General Assembly shall decide upon the steps, if any, to be taken in respect of such request.

**Article 17**

The Secretary-General of the United Nations shall notify all Members of the United Nations and the non-member States contemplated in Article 11 of the following:

- (a) Signatures, ratifications and accessions received in accordance with Article 11;
- (b) Notifications received in accordance with Article 12;

- (c) The date upon which the present Convention comes into force in accordance with Article 13;

- (d) Denunciations received in accordance with Article 14;

- (e) The abrogation of the Convention in accordance with Article 15;

- (f) Notifications received in accordance with Article 16.

**Article 18**

The original of the present Convention shall be deposited in the archives of the United Nations.

A certified copy of the Convention shall be transmitted to all Members of the United Nations and to the non-member States contemplated in Article 11.

**Article 19**

The present Convention shall be registered by The Secretary-General of The UNITED Nations on the date of it's coming into force.

**Stare Decisis**

**Brown v.Rosenbaum, 175 Misc.295, 23 N.Y.S. 2d 161, 171;Joselin v. State , Tex .Civ.App.,146 S.W. 2d 208,212.**

Nothing in this Declaration may be interpreted as implying for any State, group or person any right to engage in any activity or to perform any act aimed at the destruction of any of the rights and freedoms set forth herein.

**ABOUT DEFECTIVE WRITS AND VOIDS**

"An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed."  **Norton v. Shelby County, 118 U.S. 425**

A **writ** may be void because it is defective in language, because the court had no jurisdiction to issue the writ; **Big Torts 122 nixon v. Reeves,** 65 Minn. 159, 67 n.W. 989, 33 L.R.A. 506. see Bouviers Law Encyclopedia Rawles 3rd revision Pg. 1182.

The Clerk of the court who issues a **defective writ**, or one not authorized by the Court, is liable; **_and so is a judge who orders a writ which he had no right to issue or where he had no jurisdiction_** Big torts 128  see Bouviers Law Encyclopedia Rawles 3rd revision Pg. 1182.

22 US C1 41 to 143 repealed August 1, 1956 ch. 807, 70 STAT. 774 contain those laws in effect on May 31, 2020

Title 22- FOREIGN RELATIONS AND INTERCOURSE

CHAPTER 2- CONSULAR COURTS

Act August 1, 1956 repealed section 141 to 143 effective upon the date which the president determined to be appropriate for the relinquishment of jurisdiction of the United States in morocco. Jurisdiction of the United States In morocco was Relinquished by memorandum of president Eisenhower dated September 15, 1956. Notice was given to morocco on October 6, 1956 and all pending cases were disposed of by 1960. See Bulletin of the state department volume 35:909, page 844.

Section 141, R.S. Subsection subsection 4083, 4125, 4127; act June 14, 1878, chapter 193, 20 Stat.131,Related to judicial authority generally of ministers and Consuls of the United States in China, Siam, Turkey, Morocco, Muscat, Abyssinia, Persia, and Territories formerly part of the Ottoman Empire Including Egypt.


Section 141, R.S. Subsection 4084,related to general criminal jurisdiction of ministers and consuls of the United States.


Section 143, R.S.subsection 4085, Related to general jurisdiction of ministers and consuls of the United States and the venue in civil cases


Closing


Violence is a form of control with many layers form resisting;transforming ;pressure;Destructive;Life can be lived without control and with that control be the source of all violence Hatred brutality anger and physical reaction. Why do this capitalistic Cooperative system want to control is it because of fear?Suppression; Imitation forms of freedom is a complete denial of control which is a dishonor too life and trained global governmental studies.the Complainant Demand a day reckoning to resolve issues in court for a trial by jury; and the proper structural order status, jurisdictions a) subject,b) Territorial c) personam . Adjudication.This un-established court building has Not proved when asked proof by certificate Bearing Congress signatures Article 3 ; venue; oppose to being place a business / COOPERATION ; ( ALL CAPITAL LETTERS)Human

trafficking and auction house for profit;which Resembles ; A Court House. Have seven (7) business days to respond .

(In )Mortal words

"I will constitution was made only for the moral and religious People. It[s] wholly inadequate to the government of any other". John Adams

In 1852, Robert Winthrop, 22nd Speaker of the House of Representatives, was more pointed: *"Men, in a word, must necessarily be controlled either by a power within them, or by a power without them; either by the Word of God, or by the strong arm of man, **either by the Bible, or by the bayonet."***

EARL WARREN/former CHIEF JUSTICE United States Supreme Court

•"In civilized life law, floats in a sea of ethics.

"I hate Banks ; they do nothing positive for anybody except take care of themselves.They're First In with their Fees and first out when there's trouble.

•Legislatures represent People, not Acres or trees

•it is the Spirit and not the Form Of Law that keep Justice alive.

" Albert Pike"

•Prominent Luciferian and Masonic leader

•Confederate General

•Wrote Morals and Dogma Predicated three world wars

•Talked about consolidating the entire planet People, Placed, & things into the hands of one entity which is sometimes referred to as the Anti-Christ" or the god Of freemasonry and the Illuminati, Lucifer & Satan , (Morals &Dogma by Albert Pike @pg321

•We are Now , building up to WWIII as predicted by A. Pike

"Thomas Paine

"When shall it be said in any country of the world, my poor or happy, neither ignorance or distress is to be found among them:My jails are empty of prisoners, my streets of Baggers; the aged-are not in

~~MAcouterldge belt beyMA~~

✳ Violated Article 2 section 1
Separation of power clause of ~~power~~
the U.S. Constitution. "He is however in a
sense a Officer of the state with an
obligation to the Court" 7 Corpus Juris
Secundum Section 4 Attorneys.

The Law firm Gutman Mintz Baker Sonnenfeldt.P.C
recieved pics(ₑ) and Info of Complainant status
In Propia Persona; Nationality Card and Proclamation.

NYC Police Enforcers
Violated Oath; and Consitution Treaty Article 3.
Assault, Battery, Physically and Verbal aggression,
And refuse to write (Complainant) Vanderlism, theft, etc.

want,The taxes are not oppressive the rational world is my friend because I am friend of its happiness.When these things can be said , then may that country boast of its Constitution and government.- Thomas Paine'

"We hold these truths to be self-evident: that all men are created equal. . . ." "it is the great parent of science & of virtue: and that a nation will be great in both, always in proportion as it is free." "our liberty depends on the freedom of the press, and that cannot be limited without being lost."- 'Thomas Jefferson'.

JURAT

OCTOBER 15ᵀᴴ DAY of 2024

HERMAN JOHNSON JR
NOTARY PUBLIC - State of New York
NO. 01JO4694001
Qualified in New York County
My Commission Expires Sep. 20, 20 25

State of New York

County of New York

Date Day of month, year by

U.C.C 1-207,1-308











































* Some of the recorded emails pictures etc. The Original is available for Court evidence. Proof of knowing Bell Bey, occupied storage & sleep at Mention address. Also Now Savoy Apartment owner's & Mgr; Workers know the Nobel aforementioned exist. Copy of Original Handwritten, then email to Savoy@faustead.Com; this is part of Letter AKA email where BellBey's Appellation, Nationality made Notice! with pictures of Dates, time, Day of violation of Constitution Law & Admendment fourth (4), and Abuse by Police Eforcers...battered, Assault Agrated, their Oath of ~~off~~ pledge on Aug 18, 2023. This email is from 23 yr. 20 day-12 month.

* Some of the recorded emails, pictures etc. The Original is available for Court evidence. Proof of knowing Bell Bey occupied storage & sleep at Mentions Address. Also Now Savoy Apartment Owners & Mgr; Workers know the Nobel aforementioned exist. Copy of Original Handwritten, then email to Savoy@fairstead.Com; this is part of Letter AKA email where Bell Bey's Appellation, Nationality made Notice.- with pictures of Dates, time, Day of violation of Constitution Law & Admendment fourth (4), and Abuse by Police Eforcers... battered, Assault Agrated, their Oath of pledge on Aug 18, 2023. This email is from 23 yr. 20 day-12. month.

The Door (Entrances) hindges [ ]
ow Stopper; to prevent rodents.
   No marble plate oR slab Entry; Replace Closets
Doors
Floors: tiles missing, cracked and side
Wall moldings, lifted from Walls, also
missing (Boarders)


Wall Eletric sockets burned, ie when eletronics
are Plugged sparks shoot-out; even flames
occurred. Which is hAzzardous; relative to fire.
No living Room eletrical current... At ALL!

Circut breaker; Never Installed.

New Bathroom hamper, Clothes line Panel
gone for years Approx 1990 year 1990, toilet pipes →

rotten, SINK parts old rusty & worn-out.

two ~~[scribble]~~ tub handles mechanics Demaged

Never fixed adequately! Floors too, Tiles etc.

Bedroom water damage flood from upstairs

i record saved. The wall5 peeled, also

Closet inner structure (tilted) sliding Door

frames rotten From aging wear; tire neglect

repair.

liGht fixures needed; Absent, bathroom too..

Kitchen sink Veener rooten; CABINets looser

? off the wall. Window come out from the

oldg frame. Plaster & Paint has not Been done since 1990!

A New Apt o. Overhaul Now!

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States District Court
801 W Superior AVC
Cleveland OHIO 44113

9590 9402 5421 9189 3162 25

2.

E645 5262 0000 0922 6702

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: General Post Office [Zip Exempt]
United Nations HeadQuarters
C/o Security Council
New York, New York [RFD 10017]
Non-Domestic Without UNITED STATES

9590 9402 3762 8032 6099 96

2. Article Number (Transfer from service label)
7019 2280 0000 2926 2132

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X OMP Jm

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: General Post Office [Zip Exempt]
[Office of NewYork State
ATTORNEY General]
C/o Letita James
28 Liberty Street, New York [NY] [RFD 10005]
Non-Domestic Without UNITED STATES

9590 9402 3762 8032 6099 72

2. Article Number (Transfer from service label)
7019 2280 0000 2926 2071

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

ALL Agencies ON Notice!

They have No Authority, No Rights too Exercise Nor Delegate. The X-tras is IN the Apt which is Locked (closed) by Quasi Judge Tracy FERNIDAND

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**UNITED STATES JUSTICE DEPARTMENT**
Atttorney General: Jeff Sessions
950 PENNSYLVANIA AVENUE NW
NEAR [WASHINGTON, D.C. 20530

9590 9402 2404 6249 6419 23

2. Article Number (Transfer from service label)
7016 2140 0001 1034 2664

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST BROOKLYN
NEW YORK 11201

9590 9402 5421 9189 3168 81

2. Article Number (Transfer from service label)
7019 2280 0000 2925 5479

A. Signature
X ☐ Agent ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

UNITED NATIONS
C-24 Special Committee on Decolonization
Headquarters C-24
New York New York RFD 10017
nondomestic without UNITED STATES

9590 9402 3762 8032 6099 65

2. Article Number (Transfer from service label)
7019 2280 0000 2926 2170

A. Signature
X ☐ Agent ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: General Post Office Green

Sheriffs Office
30-10 Starr Avenue
Long Island City New York
LRFD 11101

9590 9402 5480 9249 3382 45

2. Article Number (Transfer from service label)
7019 2280 0000 2926 131

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Supreme Court of the United States
1 First Street N.E. Washington DC
20543

9590 9402 5480 9249 3381 91

2. Article Number (Transfer from service label)
7019 2280 0000 2925 5462

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

RECEIVED
Mail Room
MAY 7 2019

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Eastern District of New York Court
275 Cadman Plaza E
Brooklyn New York 11201

9590 9402 5421 9189 3170 00

2. Article Number (Transfer from service label)
7019 2280 0000 2926 2095

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*[handwritten, illegible]*

9590 9402 3762 8032 6099 41

2. Article Number *(Transfer from service label)*

*[illegible]*

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X   F. Small
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bankruptcy Court Clerk
Constitution Ave
Washington, D.C. 20001

590 9402 5479 9249 9002 79

2. Article Number *(Transfer from service label)*

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

RECEIVED
MAY 13 2020
OFFICE OF THE CLERK
SUPREME COURT, U.S.

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**Receipt 1:**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

U.S. District Court Southern
District of New York
500 Pearl St
New York NY 10007 Clerks Office

9590 9402 7545 9421 9189 3161 95

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7019 2280 0000 2926 0305

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**Receipt 2:**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Googleplex YB
CEO Larry Page/Sundar Pichai
1600 Amphitheatre Pkwy
Mountain View CA 94043

9590 9402 5895 0049 0676 61

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7020 0090 0001 1612 4375

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**Receipt 3:**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Office of Attorney General
c/o Letitia James
28 Liberty Street RFD
New York New York 10005

9590 9402 5480 9249 3378 28

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7019 2280 0000 2926 1333

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*[handwritten, illegible]*

9590 9402 4149 8092 9238 43

2. Article Number (Transfer from service label)

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *[signature]*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

RECEIVED

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*[handwritten]* Dept of Homeland Security
201 Varick Street
New York, NY 10014

9590 9402 5280 9154 9455 09

2. Article Number (Transfer from service label)

7019 2280 0000 2926 2187

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *[signature]*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*[handwritten]* UNITED STATES DISTRICT Court
801 W Superior Ave
Cleveland Ohio 44113

9590 9402 5421 9189 3170 17

2. Article Number (Transfer from service label)

7019 2280 0000 2926 2118

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *[signature]*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
5/10/22

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

**Subject: Index# LT-300157-20/NY seq # 2 # Resp OSC Applications:1**

NEW SAVOY PARK PORTFOLIO LLC

against

PHILLIP SANTIAGO "J" DOE (creates presumption of fact) prima facie

Administrator aka Judge, TRACEY FERDINAND

1 of 6



Exhibit (A-2)
Proof of Nationality & Proclamation
Pg(3) NO Incorp
Jurisdiction over the Natural
People - S.C.R. 1795, (3 U.S. 54,
1 L.ED 57, 3 DALL. 54)

Pg(3) 1508 Specifically Mention
Identification (I.d.) 48 U.S.C
1028 1st Paragraph, 2nd
Sentence (Statement. As
(I.D.) National Identity Card!
Passport Sealed info, Live Birth, Borne



### LEGAL NOTICE
### NAME DECLARATION, CORRECTION
### PROCLAMATION AND PUBLICATION

**1508. Specifically Mentioned Identification Documents -- 18 U.S.C. 1028**













STATE OF NEW YORK
COUNTY OF BRONX
COUNTY CLERK'S OFFICE    SS:

I, Luis M. Diaz, County Clerk of the County of Bronx, State of New York and Clerk of the Supreme Court in and for said County and State, the same being a Court of Record and having a seal,

DO HEREBY CERTIFY THAT VAZQUEZ, MYRIAM YA044434
Term 5-7-2014 to 5-7-2018

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal at Bronx, Bronx County, New York on September 5, 2017

LUIS M. DIAZ
BRONX COUNTY CLERK



STATE OF NEW YORK )
COUNTY OF BRONX ) ss.
COUNTY CLERK'S OFFICE )

I, Luis Diaz, County Clerk of the County of Bronx, State of New York and Clerk of the Supreme Court in and for said County and State, the same being a Court of Record and having a seal.

DO HEREBY CERTIFY THAT VAZQUEZ, MYRIAM VA004436
Term 5/7/2014 to 5/7/2018

whose name is subscribed to the annexed deposition, certificate, acknowledgment or proof, was at the time a NOTARY PUBLIC in and for the State of New York, duly commissioned and sworn...

IN WITNESS WHEREOF I have hereunto set my hand and affixed my official seal at Bronx...

LUIS M DIAZ
BRONX COUNTY CLERK

Case 1:24-cv-06684-JS Document 5 Filed 10/21/24 Page 110 of 122
Warning to Petitioner - Your Failure to Appear in Court May Result in the Award of Possession to the Respondent
NYSCEF DOC. NO. 25                                              RECEIVED NYSCEF: 08/19/2024

Civil Court of the City of New York
County of New York
Housing Part

Index #: LT-300157-20/NY
Seq #: 3
# Resp OSC Applications: 2

**Order to Show Cause to Restore to Possession (Existing Proceeding)**

New Savoy Park Portfolio LLC
    Petitioner(s)

  -against-
Phillip Santiago; "J." "Doe"
    Respondent(s)

**Property Address:**
60 West 142nd Street Apt. 5L
New York, NY 10037

*[handwritten: Exhibit which is Incomplete & fraudulent, Inconsistent!]*

Upon the annexed affirmation of "J." "Doe", sworn to on August 19, 2024
Let the Petitioner(s) or His/Her/Their Attorney(s) Show Cause at a Motion Term of the:

    Civil Court of the City of New York
    Housing Part: Part U
    Room: 844
    Located at: 111 Centre Street, New York, NY 10013
    On: **August 21, 2024**
    At: **9:30 AM**

*[box: You must appear and bring this notice with you.]*

or as soon thereafter as counsel may be heard, why an Order should not be made:
**awarding and restoring the respondent(s) to possession of the premises, placing the case on the calendar for trial on a day certain** and/or granting such other and further relief as may be just.

Until the entry of a Court Order, all proceedings by the Petitioner, his/her Attorney, and any City Marshal are:

1) ( )   **STAYED** from Re-Letting the Subject Premises;
2) ( )   **STAYED** from Removing any of the Contents of the Premises;
3) ( )   **ORDERED** to Permit Respondent access for the limited purpose of obtaining his/her possessions;
4) ( )   _____
5) ( )   _____

Service of a copy of this Order to Show Cause and Annexed Affirmation upon the Party's Attorney (or if he/she has none, on the party) shall be

**Attorney (or Party)**

(Judge to Initial)

___By Personal Service "In Hand Delivery"

___By Certified Mail, R.R.R.

___By 1st Class Mail, with certificate of Mailing at Post Office

**Marshal**

(Judge to Initial)

___By Personal Service "In Hand Delivery"

___By Certified Mail, R.R.R.

___By 1st Class Mail, with certificate of Mailing at Post Office

On or before _____, shall be deemed good and sufficient, papers may be served by the Respondent in Person. Proof of such service may be filed with the clerk in the Part Indicated above on the return date of the Order to Show Cause.

**Attorney (or Party):**

Gutman, Mintz, Baker & Sonnenfeldt, P.C.
813 Jericho Turnpike
New Hyde Park, NY 11040
(516) 775-7007

**Marshal:**

Guida Jr., Edward F. (14), Marshal
Marshal of the City of New York
47-26 104th Street
Corona, NY 11368-2811
(718) 779-2134

Date: _____

Denied: _____

Generated: August 19, 2024

NOTICE OF EVICTION
JUDGES NOTIFICATION TO MARSHALL
BY PHONE OR OSC SIGNING
DATE_____TIME_____INITIALS_____
PERSON CONTACTED_____

*[handwritten: 8/19/24]*

Hon. Ferdinand J. Mogul, Judge
ELEANORA OFSHTEIN
JUDGE, HOUSING COURT

*[handwritten: Valid ED; See 6/12/24 Dec./order by judge. No good. Appeal process Still timely; Naither to sign 2nd OOS Devid Nalur of...]*

CEF DOC. NO. 25                                          RECEIVED NYSCEF: 08/19/202

**Civil Court of the City of New York**
County of New York

Index Number: LT-300157-20/NY
Pre-OSC Seq: 2



## Affirmation in support of an Order to Show Cause to Restore to Possession (Existing Proceeding)

New Savoy Park Portfolio LLC
        Petitioner(s)
    -against-
Phillip Santiago; "J." "Doe"
        Respondent(s)

**Property Address:**
60 West 142nd Street Apt. 5L
New York, NY 10037

**State of New York - County of New York ss:**

"J." "Doe", hereby affirms, deposes and says:

**1. Party** — _Tenant's Initials CB_
a) I am the tenant named as Respondent in the above summary proceeding. _Coleridge Bell Bey_
b) I am the person claiming possession of these premises and am the _____ of the tenant named above.

**2. Defense Claim** _CB_
I have been deprived of possession of the subject premises in the following manner:
_Deprived of My 4th Amendment_
_My Property been Vandalised & Stolen_

**3. Prior Order** _CB_
a) I have not had a previous Order to Show Cause regarding this Index Number.
b) I have had a previous Order to Show Cause regarding this Index Number but I am making this further application because:
_ALL Orders Proven is Fraudulent lets_
_Has No Statutory_

**4. Request**
Respondent requests that an Order to Show Cause be entered:
a) awarding and restoring the Respondent to possession of the subject premises and the issuance of a Warrant of Eviction forthwith, b) awarding treble damages following RPAPL 853, where appropriate, c) granting permission to serve these papers in person and d) such other relief as this Court deems proper.

I affirm this _19th_ day of _August_, 20_24_ under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Printed Name: _Coleridge Bell Bey_        Signature: _____

_Appellation_

Case 1:24-cv-06684-LTS   Document 5   Filed 10/31/24   Page 112 of 122

Index #: LT-300157-20/NY
Motion Seq #: 2

### Decision/Order

New Savoy Park Portfolio LLC
       Petitioner(s)

    -against-

Phillip Santiago; "J." "Doe"
       Respondent(s)

Present: T. Ferdinand
       Judge

Recitation, as required by CPLR 2219(A), of the papers considered in the review of this Motion for:
awarding and restoring the respondent(s) to possession of the premises, placing the case on the calendar for trial on a day certain

| PAPERS | NUMBERED |
|---|---|
| Notice of Motion and Affidavits/Affirmations Annexed | _____ |
| Order to Show Cause and Affidavits/Affirmations Annexed | ___1____ |
| Answering Affidavits/Affirmations | ___2____ |
| Replying Affidavits/Affirmations | _____ |
| Exhibits | _____ |
| Other ____Court file _FTR-844_____ | ___3____ ___4____ |

Upon the foregoing cited papers, the Decision/Order in this Motion is as follows:

This summary holdover proceeding was commenced in July 2020 seeking possession of the premises known as 60 West 142nd Street, Apt. 5L, New York, New York on the grounds that the Respondents, Phillip Santiago and "J. Doe" were licensees of the former tenant of record Fred Johnson. The petition alleges that the tenant of record passed away in April 2019. After several adjournments and a DRP-223 motion, the Court set the matter down for an inquest. There is nothing to indicate that Respondents nor anyone claiming possession ever appeared in response to service of the pleadings, the numerous appearance notices sent by the court or to Petitioner's DRP motion for a judgment. On November 28, 2023, the Court conducted an inquest and awarded Petitioner a final judgment of possession and warrant of eviction.

The warrant issued on December 20, 2023, and on June 4, 2024, the Marshal executed the warrant of eviction. The movant brought the instant Order to Show Cause to be restored to possession of the subject premises. Petitioner opposes.

The Order to Show Cause is denied. Movant has not demonstrated requisite good cause to restore him to possession. (see, Real Property Actions and Proceedings Law ("RPAPL") §749[3]; *Matter of Lafayette Boynton Hsg. Corp. v Pickett*, 135 AD3d 518 [1st Dept 2016]). Nor has movant established a reasonable excuse for his default nor a meritorious defense sufficient to vacate the default judgment and the ensuing warrant of eviction. (see, *Gray v B.R. Trucking Co*, 59 NY2d 649, 649 [1983]).

The affidavit in support challenges this Court's constitutional authority and jurisdiction as well as the Petitioner's ability/standing to maintain this proceeding. The Court, however, conducted an inquest and after due deliberation on all documentary and testimonial evidence, including the pleadings, affidavits of service as well as documents establishing Petitioner's standing and claim to possession. Further, Article 7 of the RPAPL confers this court with jurisdiction over special proceedings to recover real property. (see, RPAPL §713[7]). Movant has not offered anything to refute or call into question the propriety of the judgment. Further, movant conceded at argument that he had "found" papers "years ago" but did not come to court because the papers were not in his name.

Accordingly, the Order to Show Cause is denied. All stays are vacated.

The Court will email this Decision/Order to the parties to the email addresses provided to the Court unless they have consented to NYSCEF.

This constitutes the Decision and Order of this Court.
Date: _____6/12/2024 _____

_____
Judge, Civil/Housing Court

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK   : HOUSING PART U
--------------------------------------------------------X

NEW SAVOY PARK PORTFOLIO LLC,

Index No. 300157/20

Petitioner,

NOTICE OF ENTRY

-AGAINST-

PHILLIP SANTIAGO
"J. DOE"

Respondent.
--------------------------------------------------------X

PLEASE TAKE NOTICE, that annexed hereto is a Decision/Order of the Hon. T.

Ferdinand duly entered in the office of the Clerk of the Court on June 12, 2024.

Dated: Nassau, NY
June 13, 2024

Yours, etc.,

GUTMAN, MINTZ, BAKER &
SONNENFELDT, LLP

SHANE DELANEY, ESQ.
Attorneys for Petitioner
813 Jericho Turnpike
New Hyde Park, NY  11040
(516) 775-7007

TO:   PHILLIP SANTIAGO
      "J. DOE"
      60 West 142nd Street, Apt. 5L
      New York, NY  10037

Civil Court of the City of New York
County of New York
Part: Part U, Room: 844
Date: June 6, 2024

Index #: LT-300157-20/NY
Motion Seq #: 2

## Decision/Order

New Savoy Park Portfolio LLC
    Petitioner(s)

-against-

Phillip Santiago; "J." "Doe"
    Respondent(s)

Present: T. Ferdinand
    Judge

Recitation, as required by CPLR 2219(A), of the papers considered in the review of this Motion for:
**awarding and restoring the respondent(s) to possession of the premises, placing the case on the calendar for trial on a day certain**

| PAPERS | NUMBERED |
|---|---|
| Notice of Motion and Affidavits/Affirmations Annexed | |
| Order to Show Cause and Affidavits/Affirmations Annexed | 1 |
| Answering Affidavits/Affirmations | 2 |
| Replying Affidavits/Affirmations | |
| Exhibits | |
| Other ____ Court file _FTR-844 | 3 |
| | 4 |

Upon the foregoing cited papers, the Decision/Order in this Motion is as follows:

This summary holdover proceeding was commenced in July 2020 seeking possession of the premises known as 60 West 142nd Street, Apt. 5L, New York, New York on the grounds that the Respondents, Phillip Santiago and "J. Doe" were licensees of the former tenant of record Fred Johnson. The petition alleges that the tenant of record passed away in April 2019. After several adjournments and a DRP-223 motion, the Court set the matter down for an inquest. There is nothing to indicate that Respondents nor anyone claiming possession ever appeared in response to service of the pleadings, the numerous appearance notices sent by the court or to Petitioner's DRP motion for a judgment. On November 28, 2023, the Court conducted an inquest and awarded Petitioner a final judgment of possession and warrant of eviction.

The warrant issued on December 20, 2023, and on June 4, 2024, the Marshal executed the warrant of eviction. The movant brought the instant Order to Show Cause to be restored to possession of the subject premises. Petitioner opposes.

The Order to Show Cause is denied. Movant has not demonstrated requisite good cause to restore him to possession. (see, Real Property Actions and Proceedings Law ("RPAPL") §749[3]; *Matter of Lafayette Boynton Hsg. Corp. v Pickett*, 135 AD3d 518 [1st Dept 2016]). Nor has movant established a reasonable excuse for his default nor a meritorious defense sufficient to vacate the default judgment and the ensuing warrant of eviction. (*see, Gray v B.R. Trucking Co*, 59 NY2d 649, 649 [1983]).

The affidavit in support challenges this Court's constitutional authority and jurisdiction as well as the Petitioner's ability/standing to maintain this proceeding. The Court, however, conducted an inquest and after due deliberation on all documentary and testimonial evidence, including the pleadings, affidavits of service as well as documents establishing Petitioner's standing and claim to possession. Further, Article 7 of the RPAPL confers this court with jurisdiction over special proceedings to recover real property. (see, RPAPL §713[7]). Movant has not offered anything to refute or call into question the propriety of the judgment. Further, movant conceded at argument that he had "found" papers "years ago" but did not come to court because the papers were not in his name.

Accordingly, the Order to Show Cause is denied. All stays are vacated.

The Court will email this Decision/Order to the parties to the email addresses provided to the Court unless they have consented to NYSCEF.

This constitutes the Decision and Order of this Court.
Date: _____6/12/2024_____

                               Judge, Civil/Housing Court

## AFFIRMATION OF SERVICE BY MAIL

STATE OF NEW YORK    )
                       ) SS.:

COUNTY OF NASSAU    )

        SAMUEL VAZQUEZ   hereby affirms, deposes and says:

    1.      I am over eighteen (18) years of age and not a party to this action. I am employed at 813 Jericho Turnpike, New Hyde Park, NY 11040.

    2.      On June 14, 2024, I served the within

Notice of Entry upon:

        PHILLIP SANTIAGO
        60 West 142nd Street, Apt. 5L
        New York, NY 10037

        "J. DOE"
        60 West 142nd Street, Apt. 5L
        New York, NY 10037

by depositing true copies of same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

PURSUANT to CPLR § 2106, I affirm this 14 day of June, 2024 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Printed name: SAMUEL VAZQUEZ____ Signature: _____
            License No. 0820872

Bbb061324

NYSCEF DOC. NO. 257    RECEIVED NYSCEF: 08/19/202

# New York County Civil Court
## Landlord and Tenant Judgment

Petitioner(s):
  New Savoy Park Portfolio LLC

**Index Number: LT-300157-20/NY**

vs.

Respondent(s):
  Phillip Santiago;
  "J." "Doe"

A Notice of Petition and Holdover Petition duly verified and proof of service having been filed with this court and the issue having been decided before Honorable Frances A. Ortiz Housing Court Judge on November 28, 2023, a final order is made, after inquest in favor of Petitioner: New Savoy Park Portfolio LLC.

On Motion of:    Gutman, Mintz, Baker & Sonnenfeldt, P.C.
                 813 Jericho Turnpike, New Hyde Park, NY 11040

## IT IS ADJUDGED:

That possession of the premises, described in the petition located at 60 West 142nd Street Apt. 5L, New York, NY 10037-, be awarded to the petitioner(s).

Post-judgment interest shall be 9% pursuant to NY CPLR §5004(a), except where otherwise provided by statute.

Petitioner creditor(s) and address(es):
(1) New Savoy Park Portfolio LLC

Respondent debtor(s) and address(es):
(1) Phillip Santiago, at 60 West 142nd Street Apt. 5L, New York, NY 10037
(2) "J." "Doe", at 60 West 142nd Street Apt. 5L, New York, NY 10037

## IT IS FURTHER ORDERED:

That a warrant of eviction shall issue removing all named respondents from the described premises. The execution of the warrant is stayed per Stipulation/Order. The earliest date upon which execution may occur is 12/05/2023.

Date of Decision: 11/28/2023

Honorable Frances A. Ortiz
Housing Court Judge

Judgment entered at New York County Civil Court, 111 Centre Street, New York, NY 10013, in the STATE OF NEW YORK in the total amount of **$0.00 on 11/28/2023 at 04:40 PM**.

Judgment sequence 1

Alia Razzaq, Chief Clerk

Warrant issued to Marshal null on

Section 5020(c) of the Civil Practice Law and Rules requires that a satisfaction be filed with the clerk when the judgment is satisfied. Failure to do so subjects the judgment creditor to penalties.

7 of 7

# MARSHAL'S LEGAL POSSESSION

Civil Court of the City of New York

**COUNTY OF        NEW YORK**

**INDEX NUMBER   300157 / 2020**

---

**NEW SAVOY PARK PORTFOLIO LLC**

Landlord

against

**PHILLIP SANTIAGO,
J. DOE**

**60 WEST 142ND STREET  Apt: 5L
NEW YORK, NY 10037**

**CITY OF NEW YORK
OFFICE OF THE MARSHAL**

EDWARD F. GUIDA JR.
47-26 104TH STREET
CORONA, NY 11368



**Eviction Date
06/04/2024**

---

# The Landlord has Legal Possession of these premises. pursuant to Warrant of Civil Court For information, contact Landlord or Agent immediately.

**MARSHAL, CITY OF NEW YORK
BADGE No.  14**

47-26 104TH STREET
CORONA, NY 11368

EDWARD F. GUIDA JR.
**MARSHAL**

---

N.B. Any one who defaces this legal notice or cause same to be defaced in any way is guilty of a misdemeanor and will be punished to the full extent of the law.

Exhibit(A)









## The Great Seal of the Moorish Nation
## Nationality Card: American National

**Nation:** Morocco
**Nationality:** Moor
**Appellation:** *Cooleridge Bell Bey*
**Maturity:** In Full Age
**Gender:** Masculine
**Status:** Free white person
**National Domicile:** North America Continent
C/o New York Post Office, General Delivery
New York County, New York
**Autograph:**

*In absent of three (3) documents a National Identity Card; Prime the Highest document 1505 Specifically Mention Doc. — 18 USC 1028

Document for Travel National/International

  

The Great Seal of the Moorish Nation

Morocco Empire, North America

Nation: Morocco

Nationality: Moor

Appellation: *Cooleridge Bell Bey*

Maturity: In Full Age

Gender: Masculine

Status: Free White person

Domicile: North America Continent

Autograph:

General Post Office

C/o General Delivery, New York County, New York

The Bearer of this Card is exercising His / Her unalienable

Rights to Travel over Land, Sea, Air:  National/International

*"The Right to Travel, The Right to Mode of Conveyances, the Right to Locomotion are all absolute rights, and the police cannot make void the exercise of*

## Manahatta Island

Islam

We the People of and for the Moorish National Republic Federal
Government, whom are the Aboriginal and Indigenous National
of Amexem-North America ordain this Nationality Card. The Bearer
of this Card submit under Divine and Nature law and Laws of the
Moorish Empire. The deeds, claims, journeys, and Possessions of
the Bearer of this Card are within the Affairs of Men, freehold by
Birthright, primogeniture and Inheritance; Heirs of Morocco,
America Continent exercising de jure Dominion over the Soil,
and Enforcer of the Laws pertaining to the first Nine Articles of the North
America Republic Constitution. United States code- Title 22, chapter 2,
section 141 of the General and Permanent Character.
Not taxed AA222141 Constitution –Article 1, section 2, clause 3, Treaties.
Without the United States

### United States Republic of North America

The Bearer of this Card is a National of the Morocco Empire, whom shall present this contract to all People of every Establishment he/she visits, before entering into any agreement/contract for services or privileges. Upon acceptance of this agreement the Owner or Agent of the Establishment shall thereby be bound to fulfil. All contracts presented to the Bearer for acceptance shall be fully disclosed and shall show the Names and obligations of both Parties, which is a requirement in Contract Law. No terms within the said contract shall contain any adhesion which shall deprive, violate or infringe on the Bearer's unalienable rights, Personal liberties and freedoms. Failure of the Owner or Agent of the said Establishment to fulfil this lawful requirement shall render the contract agreed upon Null and Void and in all cases / disputes arising out of a contract both parties shall agree to settle such disputes in a court established in Law. The Owner or Agent shall pledge to protect the Rights and Freedoms of the Bearer traveling through the established Port / Fort of Morocco Empire and the United states and shall not commit or permit search or seizure of the Bearer's possession or belongings, nor shall permit or commit any wrongs or harm to befall the Bearer, and shall act in one accord with the supreme Laws of the Land. A violation of the fourth Amendment is trespass; search and seizure without a valid warrant, the offender shall be held for treason in the High court.. The claim and exercise of a constitutional right cannot be converted to a crime, Miller v. U.S. 230 f 2d 486, 489.

Valerie Bell Bey

d West 142 Street

New York New York [10037]

Blackblaaemail

Not 5L

Pro Se office RM 250

500 Pearl St