**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
COOLERIDGE BELL BEY,

                    Plaintiff,

-against-                    24 **CIVIL** 6684 (LLS)

**<u>JUDGMENT</u>**

ADMINISTRATORS TRACY FERDINAND,
FRANCES ORTIZ, et al.,

                    Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 21, 2025, Plaintiff has not filed a second amended complaint within the time allowed, the Court enters a judgment in this action. Plaintiff's claims are dismissed for the reasons stated in the order, see supra at 6-14, and the Court also declines to consider, under its supplemental jurisdiction, Plaintiff's claims under state law, see 28 U.S.C. § 1367(c)(3).

**Dated:** New York, New York

      August 20, 2025

                                      **TAMMI M. HELLWIG**

                                         Clerk of Court

                  **BY:**

                                         **Deputy Clerk**